Page 1

Michael Jr. G. Laguana, Pro' Se,
c/o Department of Corrections (ACF)
P.O. Box 3236
Hagatna, Guam 96932
Tel: (671) 734-3981 thru 9

# UNITED STATES DISTRICT COURT
# District Court of Guam
## TERRITORY OF GUAM

Michael Jr. G. Laguana, ) Civil Case No. CV 03-00040
    Plaintiff, )
  vs. )
)
Frank Ishizaki, Director, )
Francisco B. Crisostomo, Warden, ) **MOTION FOR**
Alan San Nicolas, Corporal, ) **APPOINTMENT OF**
Raymond Quichocho, Correctional Officer, ) **COUNSEL**
Vincent Bamba, Correctional Officer, )
Ed Perez, Correctional Officer, at the )
Department of Corrections, in their )
individual and official capacities, )
    Defendants. )
_____ )

### MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff **Michael Jr. G. Laguana,** Pro'Se, Pursuant to 42 U.S.C. Section 1915, requests this Court to appoint counsel to represent him in this case for the following reasons:

1. Plaintiff is not able to afford counsel; Please refer to application in support of request to proceed in forma pauperis and affidavit filed with this court.

2. The issues involved in this case are complex.

3. The issues and procedures in this case will require investigation which the Plaintiff cannot do while confined in the Department of Corrections.

4. The Department of Correction's Law Library hours are gravely inadequate, and the law materials contained there are very limited.

5. Plaintiff has very limited knowledge of the law and does not have the education and experience which are greatly required, in handling the complex issues in this case.

6. The ends of justice would best be served in this case if an attorney was appointed to represent the Plaintiff.

I **Michael Jr. G. Laguana** the Plaintiff, appearing Pro'Se, hereby declare or certify, or state under Penalty of Perjury that the foregoing is true and correct.

Dated this __21__ Day of __NOVEMBER__ 2003.

By: _____
Michael Jr. G. Laguana, Pro'Se.