Michael Jr. G. Laguana, Pro Se,
c/o Department of Corrections (ACF)
P.O. Box 3236
Hagatna, Guam    96932
Tel: (671) 734-3981 thru 9



UNITED STATES DISTRICT COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| Michael Jr. G. Laguana,<br>    Plaintiff,<br><br>  vs.<br><br>Frank Ishizaki, Director,<br>Francisco B. Crisostomo, Warden,<br>Alan San Nicolas, Corporal,<br>Raymond Quichocho, Correctional Officer,<br>Vincent Bamba, Correctional Officer,<br>Ed Perez, Correctional Officer, at the<br>Department of Corrections, in their<br>individual and official capacities.<br>                            Defendants. | Civil Case No.: CV-03-00040<br><br>MOTION AND AFFIDAVIT<br>TO PROCEED<br>IN FORMA PAUPERIS |

The Plaintiff, **Michael Jr. G. Laguana**, Pro Se, pursuant to 28 U.S.C. §1915 hereby moves this Court for an order permitting Plaintiff to proceed In Forma Pauperis on his section 1983 complaint, without prepayment of costs and fees in said proceeding.

Because of Plaintiff's poverty, and lack of funds or securities, he is unable to pay the costs and fees of his proceedings; therefore, Plaintiff believes he is entitled to an order granting the motion to proceed In Forma Pauperis.

An affidavit in support of motion to proceed In Forma Pauperis is hereby provided for the purpose of the order requested.

DECEMBER 9, 2003
Date

By: _____
Michael Jr. G. Laguana, Pro Se