DISTRICT COURT OF GUAM

TERRITORY OF GUAM



MICHAEL JR. G. LAGUANA

        Plaintiff,

vs.

FRANK ISHIZAKI, Director, Department of Corrections, et al, in their individual and official capacities,

        Defendant(s).

Case No. CV-03-00040

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

I, Michael Jr. G. Laguana, declare that I am the (check appropriate box)

/x/     petitioner/plaintiff/movant        /_/ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor; that I believe I am entitled to the relief sought in the complaint/petition/motion.

     I make this application with the understanding that I am liable under 28 U.S.C. §1915 for the full payment of all fees, costs, and sanctions imposed in this case; that such charges will be collected and paid from my prison trust account; and that any unpaid fees, costs, or sanctions will constitute a debt not dischargeable in bankruptcy.

1.     Are you currently incarcerated?:   /x/ Yes     /_/ No

       If "Yes" state the place of your incarceration  <u>Department of Corrections in Mangilao, Guam</u>

       Are you employed at the institution?       <u>NO</u>

Do you receive any payment from the institution? __NO__

2. Are you currently employed: /_/ Yes /x/ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __N/A__

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   **The date of my last employment was in the Summer of 1992. I do not remember my take-home salary or the amount earned. I was employed at the University of Guam in Mangilao under the AHRD Program.**

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    Yes /_/    No /x/
   b. Rent payments, interest or dividends              Yes /_/    No /x/
   c. Pensions, annuities or life insurance payments    Yes /_/    No /x/
   d. Disability or workers compensation payments       Yes /_/    No /x/
   e. Gifts or inheritances                             Yes /_/    No /x/
   f. Any other sources                                 Yes /x/    No /_/

   If the answer to any of the above is "yes," describe each source of money and state the amount received and what you expect you will continue to receive. **I recall receiving 2 Student Pel Grant Checks in the amount of $413.55 and $125.00 from the Guam Community College (GCC) in Mangilao, Guam. I recall receiving a third Student Pel Grant Check, but I do not remember the amount I received. I will no longer receive any Student Pel Grant Checks from GCC because I have been removed from the Education Release Program.**

4. Do you have any cash or checking or savings accounts?

   Yes /_/    No /x/    If "yes" state the total amount. __$0.00__

2

Case 1:03-cv-00040    Document 4    Filed 12/09/2003    Page 2 of 3

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   Yes /_/   No /x/

If "yes" describe the property and state its approximate value. __$0.00__

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __N/A__

7. List the names and addresses of all correctional facilities that you were incarcerated in during the six months prior to filing your complaint/notice of appeal. Please also note the dates of incarceration for each institution. __Department of Corrections (ACF) Dairy Road, Mashburn Lane in Mangilao, Guam P.O. Box 3236 Hagatna, Guam 96932. I was incarcerated in the Correctional Facility mentioned herein from April 24, 1993 to present (December 2003).__

I declare under penalty of perjury that the above information is true and correct.

__DECEMBER 9, 2003__
Date

_____
Signature of Applicant