FILED
DISTRICT COURT OF GUAM

DEC 1 9 2003

MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

MICHAEL JR. G. LAGUANA

Plaintiff,

vs.

FRANK ISHIZAKI, Director,
Department of Corrections, et al
in their individual and official
capacities,

Defendant(s).

Civil Case No. 03-00040

**CONSENT TO THE RELEASE OF
TRUST ACCOUNT INFORMATION
AND TO COLLECT FEES FROM
TRUST ACCOUNT**

I, Michael Jr. G. Laguana , # **N/A** ,
hereby consent and authorize the appropriate prison officials:

1. To forward directly to the above Court a certified
copy of my prisoner's trust account statement or ledger sheets
showing transactions for the six month period immediately preceding
the filing of my complaint or notice of appeal and a Certificate of
Funds for my prisoner trust account that is to be signed by an
authorized official of the institution;

2. To withhold from my prison account and pay to the
Court an initial partial payment of 20% of the greater of:

(a) The average monthly deposits to my account for
the six-month period immediately preceding the filing of my
complaint or notice of appeal; or

(b)  The average monthly balance in my account for the six-month period immediately preceding the filing of my complaint or notice of appeal;

3.  To collect from my account on a continuing basis each month, an amount equal to 20% of the preceding month's income. Each time the amount in my account exceeds $10.00, the Trust officer shall forward the interim payment to the Clerk's Office, U.S. District Court of Guam, 4th Floor, U.S. Courthouse, 520 W. Soledad Avenue, Hagatna, Guam 96910, until such time as my filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the U.S. District Court of Guam

*DECEMBER 18, 2003*

Dated: *DECEMBER 9, 2003*

_____
Signature of Plaintiff