FILED
DISTRICT COURT OF GUAM
DEC 29 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MICHAEL JR. G. LAGUANA,<br><br>    Plaintiff/Petitioner,<br><br>vs.<br><br>FRANK ISHIZAKI, Director,<br>Department of Corrections, et al<br><br>    Defendants. | CASE NO. CV-03-00040<br><br>ORDER CONDITIONALLY GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS |

Plaintiff/Petitioner's application for permission to proceed in forma pauperis is CONDITIONALLY GRANTED pending review of plaintiff/petitioner's trust account information. A copy of this order, the Plaintiff/Petitioner's Consent Form, Instructions for Filing Certificate of Funds and Prisoner's Trust Account Statements, and a Certificate of Funds Form shall be sent by the docket clerk to the prison trust account office where the plaintiff/petitioner is presently incarcerated. A copy of this order shall also be sent to all parties involved in this action.

It is now the sole responsibility of the prison to file with the Court, within 30 days of the date of this order, all

required information regarding the prisoner's trust account for the six-month period immediately preceding <u>November 24, 2003</u>, the date of the filing of the plaintiff's complaint/petition in this Court. Failure of the prison to comply with the instructions of this Court will not adversely affect the prisoner's complaint or petition, but will delay its resolution.

After submission of the trust fund information, the Court will determine if the plaintiff has sufficient funds to pay the filing fee in one payment or in numerous payments and the amount of the initial and subsequent payments.

It is so ORDERED.

Dated: DEC 29 2003

_____
JOHN S. UNPINGCO
District Judge