# UNITED STATES DISTRICT COURT

District of _____ Guam _____

MICHAEL JR. G. LAGUANA

V.

FRANK ISHIZAKI, Director,
Department of Corrections, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-03-00040

FILED
DISTRICT COURT OF GUAM
JAN 07 2004
MARY L. M. MORAN
CLERK OF COURT

U.S. MARSHALS-GUAM RECEIVED DEC 2003

TO: (Name and address of Defendant)

Ed Perez, Correctional Officer
Department of Corrections

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael Jr. G. Laguana, Pro Se
c/o Department of Corrections (ACF)
P.O. Box 3236
Hagatna, Guam 96932

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L.M. MORAN                                    December 30, 2003
**CLERK**                                          DATE

_Rosita P. SanNicolas_
(By) DEPUTY CLERK

**ORIGINAL**

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/2/04 ew |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lesvia Maldonado Diaz | C DUSM |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: __DOC Manilao__
   __Alan San Nicolas, Supervisor__

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  0 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1-2-04 Rl__   __[signature]__
                Date                          Signature of Server

__520 W. Soledad Ave. Hagatna__
Address of Server
__GU 96910__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL JR. G. LAGUANA | CV-03-00040 |
| DEFENDANT | TYPE OF PROCESS |
| FRANK ISHIZAKI, Director, Department of Corrections, et al | Summons & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Ed Perez, Correctional Officer

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Department of Corrections

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael Jr. G. Laguana, Pro Se
c/o Department of Corrections
P.O. Box 3236
Hagatna, Guam 96932

Number of process to be served with this Form - 285: 2
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: x ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 473-9100
DATE: 12/30/03

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 01
District of Origin: 093
District to Serve: 093
Date: 12/30/03

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Alan San Nicolas (Supervisor)

Address (complete only if different than shown above): DOC Manilao

Date of Service: 1/2/04
Time: 3:28 pm

Signature of U.S. Marshal or Deputy

REMARKS:

RECEIVED JAN 07 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)