CERTIFICATE OF FUNDS
PRISON TRUST ACCOUNT

FILED
DISTRICT COURT OF GUAM
JAN 0 9 2004
MARY L. M. MORAN
CLERK OF COURT

Prisoner's Name: Michael Jr. G. Laguana        CV-03-00040 (14)
Registration #: _____

DATE OF FILING COMPLAINT OR PETITION: November 24, 2003

To be completed by authorized Prison Official:

BALANCE at time of filing of the
Complaint or Petition:                          $   0.00

AVERAGE MONTHLY DEPOSITS
during the six months prior to
filing of the complaint/petition:               $   $5.00

AVERAGE MONTHLY BALANCE
during the six months prior to
filing of the complaint/petition:               $   $40.88

BALANCE as of this date:                        $   0.00

     I certify that the above information accurately reflects the deposits and balances in the prisoner's trust account for the period shown and that the attached prisoner trust account statements or ledger sheets are true copies of account records maintained in the ordinary course of business.

DATE: _____

AUTHORIZED SIGNATURE: _____
Please print or type name below:

FRANCISCO B. CRISOSTOMO, Major

TITLE:  Warden

Please return this form directly to:

       Clerk's Office
       U.S. District Court of Guam
       4th Floor, U.S. Courthouse
       520 W. Soledad Avenue
       Hagatna, Guam   96910

# ACCOUNT LEDGER

NAME: Laguana Michael  
Gymnastao  
SS#: 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  
UNIT: H4

| Date | Receipt Number | Deposit | Total Balance | Purchase #1 | Purchase #2 | Purchase #3 | Purchase #4 | New Balance |
|---|---|---|---|---|---|---|---|---|
| OCT 16 2003 | #104 | 20 unit | $75 | | | | | |
| OCT 17 2003 | | | 93.60 | 13.90 = 69.60 | | | | 93.60 |
| OCT 24 2003 | | | 69.60 | 23.20 = 46.40 | | | | 69.60 |
| OCT 25 2003 | | | 46.40 | 13.76 = 42.64 | | | | 46.40 |
| OCT 07 2003 | | | 42.64 | 32.80 = 9.84 | | | | 42.64 |
| NOV 08 2003 | | | 9.84 | 6.60 = 3.24 | | | | 9.84 |
| NOV 11 2003 | | | 3.24 | 3.24 = 0 | | | | 3.24 |