Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



FILED
DISTRICT COURT OF GUAM
JAN 2 1 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| MICHAEL JR. G. LAGUANA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK ISHIZAKI, Director; FRANCISCO B. CRISOSTOMO, Warden; ALAN SAN NICOLAS, Corporal; RAYMOND QUICHOCHO, Correctional Officer; VINCENT BAMBA, Correctional Officer; ED PEREZ, Correctional Officer, at the Department of Corrections, in their individual and official capacities,<br><br>Defendants. | Civil Case No. 03-00040<br><br>**MOTION TO DISMISS** |

Defendants hereby make a special appearance, by and through their counsel, Assistant Attorney General James T. Mitchell. The special appearance is to move the Court to dismiss this action with prejudice. The motion is made pursuant to Federal Rule of Civil Procedures (FRCP) 12(b)(6) and 28 USC 1915(e)(2) on the ground that the Complaint fails to state a claim upon which relief can be granted. The grounds for dismissal are more fully stated in the attached Memorandum of Points and Authorities.

It is not clear that all Defendants have been properly served. Therefore Defendants preserve the right to challenge personal jurisdiction and are not waiving the right to challenge personal jurisdiction as a result of this motion. Defendants recognize that dismissal in this case may be at any time, before or after service of process and before or after the Defendants answer. *See* Green v. Mc Kaskle, 788 F.2d 1116, 1119 (5th Cir. 1986).

Dated this 21st day of January 2004.

OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, Attorney General

By: _____
JAMES T. MITCHELL
Assistant Attorney General