FILED
DISTRICT COURT OF GUAM
JAN 23 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MICHAEL JR. G. LAGUANA,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>FRANK ISHIZAKI, Director; FRANCISCO B. CRISOSTOMO, Warden; ALAN SAN NICOLAS, Corporal; RAYMOND QUICHOCHO, Correctional Officer; VINCENT BAMBA, Correctional Officer; ED PEREZ, Correctional Officer, at the Department of Corrections, in their individual and official capacities,<br><br>　　　　　　Defendants. | Civil Case No. 03-00040<br><br>ORDER |

The Court is in receipt of Defendants' Motion to Dismiss, filed January 21, 2004. Plaintiff shall have until March 15, 2004, to file an Opposition to the motion, if any. If an Opposition is received, Defendants shall have thirty days from receipt of Plaintiff's Opposition to file a Reply.

　　SO ORDERED this 23rd day of January, 2004.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN S. UNPINGCO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　District Judge