Michael Jr. G. Laguana, Pro Se,
Department of Corrections (ACF)
P.O. Box 3236
Hagatna, Guam 96932
Tel: (671) 734-3981 thru 9

FILED
DISTRICT COURT OF GUAM
JAN 28 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| Michael Jr. G. Laguana,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>Frank Ishizaki, Director,<br>Francisco B. Crisostomo, Warden,<br>Alan San Nicolas, Corporal,<br>Raymond Quichocho, Correctional Officer,<br>Vincent Bamba, Correctional Officer,<br>Ed Perez, Correctional Officer, at the<br>Department of Corrections, in their<br>individual and official capacities,<br>　　　　　　　　　　　　Defendants. | Civil Case No.: **CV-03-00040**<br><br>MOTION TO PROTECT<br>PLAINTIFF'S WITNESSES |

　　　　Plaintiff, appearing Pro Se, hereby files this affidavit in the interest of an impartial proceeding and in the interest of preserving the valued principles of this Honorable Court.

　　　　Based on this affidavit, and before Plaintiff submits to the opponent a witness list, Plaintiff respectfully moves this Honorable Court to grant an Order protecting witnesses listed in Plaintiff's Prediscovery Disclosure, from any and all adverse action or retaliatory treatment that the witnesses may receive from the Defendant(s) or their Agent(s), due to defending the truth in the name of the Constitution.

**ORIGINAL**

Page 2

An Affidavit In Support Of Motion To Protect Plaintiff's Witnesses is hereby provided for the purpose of the Order requested.

DATED this 20th day of JANUARY, 2004.

Respectfully Submitted,

Michael Jr. G. Laguana, Pro Se

Michael Jr. G. Laguana, Pro Se
Department of Corrections (ACF)
P.O. Box 3236
Hagatna, Guam 96932
Tel: (671) 734-3981 thru 9