Page 1

Michael Jr. G. Laguana, Pro Se,
Department of Corrections (ACF)
P.O. Box 3236
Hagatna, Guam 96932
Tel: (671) 734-3981 thru 9

FILED
DISTRICT COURT OF GUAM
JAN 28 2004
MARY L. M. MORAN
CLERK OF COURT

19

UNITED STATES DISTRICT COURT
DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| Michael Jr. G. Laguana,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>Frank Ishizaki, Director,<br>Francisco B. Crisostomo, Warden,<br>Alan San Nicolas, Corporal,<br>Raymond Quichocho, Correctional Officer,<br>Vincent Bamba, Correctional Officer,<br>Ed Perez, Correctional Officer, at the<br>Department of Corrections, in their<br>individual and official capacities,<br>　　　　　　　　　　　　Defendants. | Civil Case No.: **CV-03-00040**<br><br>**AFFIDAVIT-IN SUPPORT OF<br>MOTION TO PROTECT<br>PLAINTIFF'S WITNESSES** |

　　　　I, **Michael Jr. G. Laguana**, appearing Pro Se, being duly sworn say:

　　　　I am the **Plaintiff** in the above-entitled action;

that under Local Rule LR 26.2 and LR 16.2 (a)(4) of the Local Rules of Practice for

the District Court of Guam, 1) a party must submit to the opponent the identity of

all persons bearing substantial discoverable information before initiating

discovery; and 2) counsel of record and all Pro Se Litigants shall meet to exchange

a list of witnesses.

　　　　I am informed and believe, and based on such information and belief, allege

that each and all Defendants, whom this witness list is pending, are in a position

Page 2

of authority to threaten and/or tamper with any and all Witnesses who bear the truth in favor of this proceeding.

The facts and reasons for the belief that such allegation exists are:

1) **FACTS:** Witnesses Jose Siguenza and Michael Mendiola are inmates at the Department of Correction's Halfway House (Post#9) in Mangilao, Guam. Witnesses Jose Siguenza and Michael Mendiola are directly under the authority and supervision of Defendants Alan San Nicolas, Raymond Quichocho, Vincent Bamba, and Ed Perez.
**REASON:** Witnesses Jose Siguenza and Michael Mendiola are in a very vulnerable position because they are both inmates under the direct authority and supervision of Defendants Alan San Nicolas, Raymond Quichocho, Vincent Bamba, and Ed Perez. Witnesses Siguenza and Mendiola are highly exposed to immediate threat, harassment, and retaliatory treatment. Because Witnesses Siguenza and Mendiola bear substantial discoverable information, these Defendants can use their position of authority, or other inmates, to coach, coerce, threaten, pressure, or intimidate Witnesses Siguenza and Mendiola to deny any truth in favor of this proceeding.

2) **FACTS:** Witness Milo Mapote is a Correctional Officer [at the Department of Correction's Halfway House/Post#9] who is co-employed with and directly under the authority of Defendant Alan San Nicolas. Witness Milo Mapote is also co-employed with other Defendants Raymond Quichocho, Vincent Bamba, and Ed Perez.

**REASON:** Witness Milo Mapote, Defendants Alan San Nicolas, Raymond Quichocho, Vincent Bamba, and Ed Perez all work together at the Department of Correction's Halfway House (Post#9). These Defendants can use their position, or other Officers, to influence, coach, coerce, threaten, preessure, or intimidate Witness Milo Mapote to deny any truth in favor of this proceeding because Milo Mapote is a Correctional Officer just like the Defendants, but more importantly, because Milo Mapote is believed to have discoverable information bearing substantially about the claims in this proceeding.

3) **FACTS:** Witness Michael Kline is an inmate at the Department of Corrections (ACF) in Mangilao, Guam. Witness Michael Kline is directly under the authority and supervision of Defendants Frank Ishizaki and Francisco B. Crisostomo.

**REASON:** Witness Michael Kline is in a very vulnerable position because he is an inmate. Michael Kline is highly exposed and open to immediate threat, harassment, and retaliatory treatment. Because Witness Michael Kline bears substantial discoverable information about the claims in this proceeding, these Defendants can use their position of authority, their Agent(s), or other inmates, to coach, coerce, threaten, pressure, or intimidate Witness Michael Kline to deny any truth in favor of this proceeding. Francisco B. Crisostomo along with two other of his Agents were charged in the Superior Court of Guam for allegedly assaulting an inmate. Although they were found "Not Guilty," I believe it is essential to take precautionary measures to prevent any unlawful acts of retaliation that may be taken against each and all Witnesses.

4) **FACTS:** Witnesses Jesse Meno, Alan Borja, and Mary Sablan are Correctional Officers, at the Department of Corrections, whom are co-employed with and whom are directly under the authority of Defendants Frank Ishizaki and Francisco B. Crisostomo.

**REASON:** Witnesses Jesse Meno, Alan Borja, and Mary Sablan all work together under the authority of Defendants Frank Ishizaki and Francisco B. Crisostomo. These Defendants can use their position of authority or their Agent(s), and other acquainted Officers to influence, coach, coerce, threaten, pressure, or intimidate Witnesses Meno, Borja, and Sablan to deny any truth in favor of this proceeding because these Witnesses are Correctional Officers just like the Defendants, but more importantly, because each of these Witnesses are believed to have discoverable information bearing substantially about the claims in this proceeding.

5) **FACTS:** Witness Mark T. Perez is a Corrections Caseworker at the Department of Corrections. Witness Perez is directly under the authority of Defendants Frank Ishizaki and Francisco B. Crisostomo.

**REASON:** Witness Mark T. Perez is co-employed with and is directly under the authority of Defendants Frank Ishizaki and Francisco B. Crisostomo. These Defendants can use their position of authority or their Agent(s), and other acquainted Officers or Civilian Employees to influence, coach, coerce, threaten, pressure, or intimidate Witness Perez to deny any truth in favor of this proceeding because Witness Perez is an employee of the Department of Corrections, but more importantly, because Witness Perez is believed to have discoverable

Page 5

information bearing substantially about the claims in this proceeding.

6) **FACTS:** Witnesses Angel A. R. Sablan and Ted Lewis are former employees of the Department of Corrections (DOC). Angel A. R. Sablan was the former Director for DOC and Ted Lewis was the former Acting Director and Deputy Director for DOC.

**REASON:** Witnesses Angel A. R. Sablan and Ted Lewis are both believed to have discoverable information bearing substantially about the claims in this proceeding. I believe that each and all Defendants are very much capable of influencing, persuading, or convincing these Witnesses to deny any truth in favor of this proceeding.

DATED this 20TH day of JANUARY, 2004.

Respectfully Submitted,

_____
Michael Jr. G. Laguana, Pro Se

**Michael Jr. G. Laguana, Pro Se**
**Department of Corrections (ACF)**
P.O. Box 3236
Hagatna, Guam 96932
Tel: (671) 734-3981 thru 9

I, **Michael Jr. G. Laguana** the Plaintiff, appearing Pro Se, hereby declare or certify, or state under Penalty of Perjury that the foregoing is true and correct.

DATED this 20TH day of JANUARY, 2004.

By: _____
Michael Jr. G. Laguana, Pro Se