Page 1

Michael Jr. G. Laguana, Pro Se,
Department of Corrections (ACF)
P.O. Box 3236
Hagatna, Guam 96932
Tel: (671) 734-3981 thru 9

FILED
DISTRICT COURT OF GUAM
JAN 28 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| Michael Jr. G. Laguana,<br>    Plaintiff,<br><br> vs.<br><br>Frank Ishizaki, Director,<br>Francisco B. Crisostomo, Warden,<br>Alan San Nicolas, Corporal,<br>Raymond Quichocho, Correctional Officer,<br>Vincent Bamba, Correctional Officer,<br>Ed Perez, Correctional Officer, at the<br>Department of Corrections, in their<br>individual and official capacities,<br>    Defendants. | Civil Case No.: **CV-03-00040**<br><br>**MOTION TO GRANT PLAINTIFF<br>THE RIGHT TO MEANINGFUL<br>ACCESS OF THE COURTS** |

  Plaintiff, appearing Pro Se, hereby files this affidavit, as required by the fundamental Constitutional Right to meaningful access of the Courts U.S.C.A. Amend. 14, to show that the Plaintiff is need of adequate Law Library time, adequate access to legal materials and references, and access to an adequate Law Library facility.

  Based on this affidavit, Plaintiff humbly moves this Honorable Court to mercifully provide Plaintiff the right to meaningful access of the Courts.

  An Affidavit In Support of Motion to Grant Plaintiff the Right to Meaningful Access of the Courts is hereby provided for the purpose of the Order requested.

ORIGINAL

Page 2

DATED this __20TH__ day of __JANUARY__, 2004.

                                              Respectfully Submitted,

                                              Michael Jr. G. Laguana, Pro Se

**Michael Jr. G. Laguana, Pro Se,**
**Department of Corrections (ACF)**
**P.O. Box 3236**
**Hagatna, Guam  96932**
**Tel: (671) 734-3981 thru 9**