Michael Jr. G. Laguana, Pro Se,
Department of Corrections (ACF)
P.O. Box 3236
Hagatna, Guam 96932
Tel: (671) 734-3981 thru 9

FILED
DISTRICT COURT OF GUAM
JAN 28 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| Michael Jr. G. Laguana,<br>        Plaintiff,<br>vs.<br>Frank Ishizaki, Director,<br>Francisco B. Crisostomo, Warden,<br>Alan San Nicolas, Corporal,<br>Raymond Quichocho, Correctional Officer,<br>Vincent Bamba, Correctional Officer,<br>Ed Perez, Correctional Officer, at the<br>Department of Corrections, in their<br>individual and official capacities,<br>        Defendants. | Civil Case No.: **CV-03-00040**<br><br>AFFIDAVIT-IN SUPPORT OF<br>MOTION TO GRANT PLAINTIFF<br>THE RIGHT TO MEANINGFUL<br>ACCESS OF THE COURTS |

     I, **Michael Jr. G. Laguana**, appearing Pro Se, being duly sworn say:

     I am the **Plaintiff** in the above-entitled action; that no action or ruling has been taken in Plaintiff's Motion for Appointment of Counsel (pursuant to 42 U.S.C. Section 1915) which was filed on November 24, 2003; therefore, Plaintiff is presently representing himself pending the ruling of that Motion.

     I am informed and believe, and based on such information and belief, allege that I, the Plaintiff, do not have adequate access of the courts.

The facts and the reasons for the belief that such allegation exists are:

1) **FACTS:** On August 26, 2003 while I was in Solitary Confinement (Disciplinary Segregation), I wrote an Administrative Remedy to the Department of Correction's Library Officer, Correctional Officer (COI) Tommy King, requesting for a complete "Civil Complaint" form/kit. When I got out of Disciplinary Segregation and went personally to the library, an inmate showed me that there is a Civil Complaint form in a book hidden in the floor cabinet of (COI) Tommy King's Office. (COI) Tommy King lied to me. **[See EXHIBIT A]**

2) **FACTS:** On September 15, 2003 I filed a grievance complaint against Library Officer (COI) Tommy King, to the Acting Superintendent (Captain) Jesse Tupaz. I never received a response since then. On September 23, 2003 I filed a second grievance complaint to the Acting Superintendent (Captain) Jesse Tupaz, against (COI) Tommy King, for harassment and for threatening me. I also raised other issues of concern such as inadequate library time, inconsistent library schedule, to have (COI) Tommy King removed from the library because I have a conflict of interest with him, and to use the Law Library Facility in Hagatna. In his response, Acting Superintendent (Captain) Jesse Tupaz only approved my library time usage for one-hour-a-day, three-times-a-week. My other requests were denied. **[See EXHIBIT B]**

3) **FACTS:** On October 29, 2003 I redressed the issue of Library time usage to Acting Superintendent (Captain) Jesse Tupaz, through Administrative Remedy. I pleaded again for extended library time because one-hour-a-day, sometimes three-times-a-week, is not adequate enough. However, my request was denied.

[See **EXHIBIT C**]

**REASON:** One-hour-a-day, sometimes three-times-a-week does not satisfy the fundamental Constitutional right to adequate access of the Courts. One hour's time is not adequate enough to do any meaningful research, to read, or to even prepare any and all Court documents that are required to be filed with the Courts in a specific time frame; most especially because I do not have the education and experience as an Attorney. One-hour-a-day, sometimes three-times-a-week is difficult enough to try and accomplish what I can within that given hour. But what makes it even more difficult is when the Library Officer announces Library whenever he feels like. The Library Officer (COI) Tommy King is a Paralegal. (COI) Tommy King should know very well that one-hour's time is inadequate. I believe that this Library issue in the Department of Corrections is an indirect form of retaliation against me, because I have filed a Lawsuit against Particular Prison Officials. I further believe that the Department of Corrections is diliberately giving me a hard time with Library usage, so that my proceedings will be delayed in hopes that it will be dismissed in their favor.

4) **FACTS:** Former Lawyer Haim Habib is a Detainee under the jurisdiction of the Court who is housed within the Adult Correctional Facility of the Department of Corrections. Detainee Haim Habib and I are therefore similarly situated. The Department allows Detainee Haim Habib to utilize the Library for about eight-hours-a-day, about five-times-a-week. However, I am not afforded the same right to access of the Courts as Detainee Haim Habib is.

**REASON:** The Department does not give an incarcerated Lawyer a hard time regarding any legal matters because a "Lawyer" knows his rights as well as the law. Departmental Policy and Federal Rules and Guidelines (so the Department claims) prohibits Detainees to be mixed with Inmates. However, the Department does not even follow these so-called policies and guidelines; the same policies and guidelines that the Department uses as an excuse to justify themselves in giving me one-hour Library time in the interest of safety and security. The Department of Corrections is already in violation of their policies as well as Federal Rules and Guidelines. There is no excuse for the Department of Corrections and their employees to deprive me the Constitutional right to access of the Courts, or to deprive me the Constitutional right to equal protection of the law by giving one incarcerated person more than the other who are similarly situated. This type of treatment violates the United States Constitution.

5) **FACTS:** Defendants Frank Ishizaki and Francisco B. Crisostomo ultimately operate and control the Department of Corrections. Because I have filed a Civil Lawsuit against these Defendants and against four (4) of their Agents, I strongly believe that these Defendants can use their position of authority, or other Officers [If not already], to manipulate or delay my right to access of the Courts so that I will not meet any requirements set forth in the Local Rules of Practice for the District Court of Guam, in hopes that my proceeding would be dismissed in their favor.

6) **FACTS:** Because I am appearing Pro Se, the issues and procedures in this proceeding will require adequate research time, preparation, and investigation which I cannot do while confined in the Department of Corrections and by being under the supervision and authority of those who I am suing.

7) **FACTS:** The Department of Corrections Law Library hours are gravely inadequate, inconsistent, and the law materials contained there are very limited.

For all the foregoing facts and reasons, Plaintiff strongly believes that the ends of justice would best be served if Plaintiff is granted the right to meaningful access of the Courts by using the Law Library Facility in Hagatna, Guam.

I, **Michael Jr. G. Laguana** the Plaintiff, appearing Pro Se, hereby declare or certify, or state under Penalty of Perjury that the foregoing is true and correct to the best of my knowledge.

Page 6

DATED this 20TH day of JANUARY, 2004.

Respectfully Submitted,

_____
Michael Jr. G. Laguana, Pro Se

**Michael Jr. G. Laguana, Pro Se,
Department of Corrections (ACF)
P.O. Box 3236
Hagatna, Guam  96932
Tel: (671) 734-3981 thru 9**

EXHIBIT "A"

Department of Corrections
Government of Guam
Mangilao, Guam


ORIGINAL

## REQUEST FOR ADMINISTRATIVE REMEDY

TO: LIBRARY OFFICER (COI) TOMMY KING, Administrative Remedy Officer
FROM: (Inmate) MICHAEL LAGUANA    Housing Unit: POST #6

### PART A - INMATE REQUEST

OFFICER KING:

I AM REQUESTING FOR THE FOLLOWING FILING FORMS TO PURSUE MY CASE FURTHER IN THE SUPERIOR COURT OF GUAM:

① A COMPLETE "CIVIL COMPLAINT" FORM/KIT
② A COMPLETE "WRIT OF HABEAS CORPUS" FORM/KIT.

AUGUST 26, 2003
Date

Signature of Inmate

### PART B - RESPONSE

Inmate M. Laguana,
As For Civil Complaint Form/Kit, There is NONE. There are many types of Civil Complaints. A Writ of Habeas Corpus Kit is Forward though.

8/28/03
Date

Signature of Remedy Officer

EXHIBIT "B"

## REQUEST FOR ADMINISTRATIVE REMEDY

TO: __ACTING SUPERINTENDENT (CAPTAIN) JESS TUPAZ__ Administrative Remedy Officer

FROM: (INMATE) MICHAEL LAGUANA

Housing Unit: POST #4 ~~Post #28 (RSAT)~~

(CAPTAIN) TUPAZ:

THIS IS MY SECOND GRIEVANCE COMPLAINT THAT I HAVE FILED WITH YOUR OFFICE AGAINST LIBRARY OFFICER (COI) TOMMY KING. I STILL HAVE NOT RECEIVED A RESPONSE FROM THE FIRST GRIEVANCE. HOWEVER, [redacted]

[redacted]

TO MEET WITH YOU IMMEDIATELY SO THAT WE MAY FIND SOME WAY TO PROFESSIONALLY RESOLVE THIS MATTER IN ISSUE. I AM ASKING YOUR IMMEDIATE ATTENTION WILL BE GREATLY APPRECIATED.

NOTE: COULD YOU PLEASE PROVIDE ME A RECEIPT THAT YOU RECEIVED THIS GRIEVANCE AND A COPY OF THIS GRIEVANCE? THANK YOU

Date: SEPT. 23, 2003

Signature of Inmate: [signed]

### PART B- RESPONSE

Inmate Laguana, assistance for Law Library usage shall be made w/ COI T. King. Access to DOC Library is provided in order for you to research, prepare & finalize documents intended for your legal concerns. Considering all the aspects of the operations of this (1) facility (2) how (3) times a week will be authorized for research purposes. Request for forms & documents must be made to officer King at the completion you then shall be able to complete the research of you case in your housing unit.

Date: _____

Signature of Remedy Officer: _____  Back →

(CUT ON LINE)

SEPTEMBER 23, 2003

TO: UESS TUPAZ, CAPTAIN,
ACTING SUPERINTENDENT

FROM: MICHAEL JR. G. LAGUANA, INMATE,
ADULT CORRECTIONAL FACILITY, POST #4

SUBJECT: GRIEVANCE COMPLAINT

REFERENCE: CORRECTIONAL OFFICER (COI) TOMMY KING

## STATEMENT OF FACTS

ON SEPTEMBER 23, 2003 ON OR ABOUT 0940HRS., LIBRARY OFFICER (COI) TOMMY KING YELLED DOWN THE HALLWAY OF POST #4 AND SAID "IF YOU'RE NOT READY IN 2 MINUTES, I'M LEAVING!" AS I STEPPED OUT OF THE UTILITY ROOM FROM BRUSHING MY TEETH OFFICER KING LEFT.

ON SEPTEMBER 18, 2003 UPON ARRIVING AT THE LAW LIBRARY, OFFICER KING VERBALLY HARASSED ME BY THREATENING TO CONFINE ME FOR INSOLENCE UNDER NO APPARENT REASON.

## SPECIFIC COMPLAINT

CORRECTIONAL OFFICER KING IS RUDE AND UNPROFESSIONAL WHEN HE SPEAKS TO INMATES. HE IS INCONSISTENT WITH LIBRARY SCHEDULING AND MAKES HIS OWN RULES. OFFICER KING IS AWARE THAT I NEED LAW LIBRARY TIME, AND MOST ESPECIALLY ADEQUATE ASSISTANCE. BUT BECAUSE HE IS AWARE THAT I AM FILING A CIVIL LAWSUIT AGAINST PRISON OFFICIALS, HE IGNORES THE FACT AND CALLS LIBRARY WHEN HE FEELS LI

OFFICER KING EXPECTS ME TO WAIT FOR HIM EVERYDAY NOT KNOWING WHEN HE WILL ARRIVE. IN THIS WAY, OFFICER KING CAN INFLICT EMOTIONAL ANGER IN MY MIND AND AFFECT ME MENTALLY; ESPECIALLY BECAUSE HE DOES NOT SHOW UP FOR A COUPLE OF DAYS AND THEN WHEN HE DOES SHOW UP UNEXPECTEDLY, HE THINKS 2 MINUTES IS SUFFICIENT ENOUGH TO PREPARE MYSELF.

I STILL HAVE NOT RECEIVED THE ADEQUATE ASSISTANCE WHICH BY LAW I'M ENTITLED TO. OFFICER KING HAS LIED TO ME ABOUT A CERTAIN LAW MATERIAL THAT I NEEDED. HE HAS PROVEN TO ME THAT HE CANNOT BE TRUSTED, AND HIS ASSISTANCE WOULD ONLY LEAD ME IN THE WRONG DIRECTION. OFFICER KING IS DELIBERATELY DELAYING MY PROCESS IN FILING MY CIVIL COMPLAIN. FOR THE FOREGOING REASONS, I HEREBY GRIEVANCE LIBRARY OFFICER (COI) TOMMY KING FOR THE FOLLOWING VIOLATIONS:

1) VIOLATION OF <u>EXECUTIVE ORDER 94-19 CHAPTER 3, INMATE RULES AND DISCIPLINE, SECTION 3.2. (A)(B)</u>

2) VIOLATION OF <u>EXECUTIVE ORDER</u> 88-19 CHAPTER 11, <u>ARTICLE 2, EMPLOYEES, SECTION 11.5. CONDUCT OF EMPLOYEES</u>

## PRAYER FOR RELIEF

1) THAT (COI) TOMMY KING BE REMOVED FROM THE LIBRARY AND REPLACED WITH ANOTHER CORRECTIONAL OFFICER.

2) THAT INMATE LAGUANA BE ALLOWED ADEQUATE ASSISTANCE AND A SUFFICIENT AMOUNT OF LAW LIBRARY TIME AT THE HAGATNA LAW LIBRARY, <u>IF FOR SOME REASON RELIEF #1 CANNOT BE ACCOMODATED.</u>

3) THAT (COI) TOMMY KING BE INVESTIGATED BY INTERNAL AFFAIRS.

SUBMITTED BY:

*[signature]*

MICHAEL JR. G. LAGUANA

DATED: <u>SEPTEMBER 23, 2003</u>

EXHIBIT "C"

Department of Corrections
Government of Guam
Mangilao, Guam

Recd - 2201
10/29/03
col Irish Lagu

**ORIGINAL**

## REQUEST FOR ADMINISTRATIVE REMEDY

TO: ACTING SUPERINTENDENT (CAPTAIN) J. TUPAZ   Administrative Remedy Officer
FROM: (INMATE) MICHAEL LAGUANA   Housing Unit: POST #4

### PART A- INMATE REQUEST

CAPTAIN TUPAZ:

THE LAW LIBRARY SCHEDULED-TIME (1-HOUR / SOMETIMES 3x's A WEEK) IS NOT ADEQUATE ENOUGH TO RESEARCH CASE LAWS AND PREPARE FORMAT & FILING DOCUMENTS FOR THE COURT ALL AT THE SAME TIME.

I AM REPRESENTING MYSELF AND I NEED THE TIME AND THE ACCESS TO COURTS IN A CONSISTENT MANNER.

ACCORDING TO THE LOCAL RULES OF PRACTICE FOR THE DISTRICT COURT OF GUAM THERE ARE TIME REQUIREMENTS THAT MUST BE MET FOR PROCEDURES OF FILING SUCH AS DISCOVERIES - MOTIONS - OPPOSITIONS - SCHEDULING ORDERS - POINTS OF AUTHORITIES - ETC.

TO ACCOMODATE THE LEAST AMOUNT OF ADEQUACY OF WHAT I BELIEVE WOULD BE SUFFICIENT, I HEREBY REQUEST THE FOLLOWING:

1) PROVIDE A COMPUTER AT POST #4 SO THAT I CAN TYPE AND FORMAT FILING DOCUMENTS TO MEET EACH TIME FRAME REQUIREMENTS.
2) PROVIDE LAW LIBRARY 1½ HR. A DAY 5x's A WEEK (0900-1030 HRS.).

Date: OCTOBER 29, 2003    REFER TO THE BACK →    Signature of Inmate

### PART B- RESPONSE

Inmate Laguana,

1) Your request for a computer is denied. Courts recognize that there a certain constraints in prison. Therefore we aknowledge that pen & paper or handwritten documents will be accepted by the courts.

2) Your request for additional library time is denied due to scheduling concerns with respect to the general population. Your request for placement at Administrative Segregation limits your access to at least one hour a day 3 times a week. If there is time then officer King may extend based on availability to 5 days a week.

Date: 11/03/03    Signature of Remedy Officer

-- CUT ON LINE --