CV-03-00040
MICHAEL JR. G. LAGUANA
vs.
FRANK ISHIZAKI, etc., et al.

DOC#22 - SUBMISSION OF PRE-DISCOVERY DISCLOSURE

STRICKEN FROM THE RECORD ORDER FILED 02/05/2004