CV-03-00040
MICHAEL JR. G. LAGUANA
vs.
FRANK ISHIZAKI, etc., et al.


DOC#23 - PRE-DISCOVERY DISCLOSURE

STRICKEN FROM THE RECORD
ORDER FILED 02/05/2004