

**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

FILED
DISTRICT COURT OF GUAM
FEB 02 2004
MARY L. M. MORAN
CLERK OF COURT

24

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| MICHAEL JR. G. LAGUANA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK ISHIZAKI, Director; FRANCISCO B. CRISOSTOMO, Warden; ALAN SAN NICOLAS, Corporal; RAYMOND QUICHOCHO, Correctional Officer; VINCENT BAMBA, Correctional Officer; ED PEREZ, Correctional Officer, at the Department of Corrections, in their individual and official capacities,<br>                                    Defendants. | Civil Case No. 03-00040<br><br><br>**PROOF OF SERVICE** |

I, FRANCISCO M. SANTOS, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **MOTION TO DISMISS AND MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO DISMISS** by delivering to:

| | NAME OF PERSON | ADDRESS | DATE/TIME |
|---|---|---|---|
| 1 | | | |
| 2 | Michael Jr. G. Laguana | Dept. of Corrections, Mangilao, | 1-26-04 10:50 am |
| 3 | for: Melva C. Limo / MELVA C. LIMO | MICHAEL LIGUANA, TIYAN INMATE | |
| 4 | Frank Ishizaki, Director 1/30/04 1:50pm for: Melva C. Limo / MELVA C. LIMO | Dept. of Corrections, Mangilao ROBERT CAMACHO, TIYAN ACTING DIRECTOR | 1-23-04 10:35 am |
| 5 | Francisco B. Crisostomo | Dept. of Corrections Mangilao, | 1-26-04 10:50 am |
| 6 | for: Melva C. Limo / MELVA C. LIMO | FRANCISCO CRISOSTOMO, TIYAN WARDEN | |
| 7 | Alan San Nicolas | Dept. of Corrections Mangilao | 1-26-04 10:50 am |
| 8 | for: Melva C. Limo / MELVA C. LIMO | ALAN SAN NICOLAS, TIYAN CPT. | |
| 9 | Raymond Quichocho for: Melva C. Limo / MELVA C. LIMO | Dept. of Corrections Mangilao RAYMOND QUICHOCHO, TIYAN CPT | 1-26-04 10:50 am |
| 10 | Vincent Bamba V.Q.B. | Dept. of Corrections Mangilao TIYAN | 01-23-04 1035 HRS |
| 11 | | | |
| 12 | Ed Perez | Dept. of Corrections Mangilao TIYAN | 01-23-04 1040 HRS. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 26th day of January 2004.

FRANCISCO M. SANTOS

Page 2
*Michael Jr. G. Laguana v. DOC*
*Proof of Service for Mtn to Dismiss & Memorandum of Pts & Auth.*
District Court of Guam Civil Case No. 03-00040

Case 1:03-cv-00040    Document 24    Filed 02/02/2004    Page 2 of 2