FILED
DISTRICT COURT OF GUAM
FEB 05 2004
MARY L. M. MORAN
CLERK OF COURT
25

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

MICHAEL JR. G. LAGUANA,

Plaintiff,

vs.

FRANK ISHIZAKI, Director; FRANCISCO B. CRISOSTOMO, Warden; ALAN SAN NICOLAS, Corporal; RAYMOND QUICHOCHO, Correctional Officer; VINCENT BAMBA, Correctional Officer; ED PEREZ, Correctional Officer, at the Department of Corrections, in their individual and official capacities,

Defendants.

Civil Case No. 03-00040

**ORDER**

The Court is in receipt of Plaintiff's Prediscovery Disclosure and Submission of Prediscovery Disclosure, both filed with the Court on January 28, 2004. Plaintiff submits these documents in purported compliance with Local Rule 26.2. However, said Rule only requires that a party submit prediscovery disclosures to the opponent in the case. Thus, Plaintiff should not have filed these documents with the Court. Accordingly, the Court ORDERS Plaintiff's

ORIGINAL

Prediscovery Disclosure and Submission of Prediscovery Disclosure, filed on January 28, 2004, stricken from the record. Plaintiff must submit these documents to the opposing parties of the case, not with the Court.

SO ORDERED this 5th day of February, 2004.

**JOHN S. UNPINGCO**
**District Judge**