**FILED**
DISTRICT COURT OF GUAM

**FEB 06 2004**

MARY L. M. MORAN
CLERK OF COURT

**Michael Jr. G. Laguana, Pro Se,**
**Department of Corrections (ACF)**
**P.O. Box 3236**
**Hagatna, Guam 96932**
**Tel: (671) 734-3981 thru 9**

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | | |
|---|---|---|
| Michael Jr. G. Laguana,<br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Frank Ishizaki, Director,<br>Francisco B. Crisostomo, Warden,<br>Alan San Nicolas, Corporal,<br>Raymond Quichocho, Correctional Officer,<br>Vincent Bamba, Correctional Officer,<br>Ed Perez, Correctional Officer, at the<br>Department of Corrections, in their<br>individual and official capacities,<br>　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No.: **CV-03-00040**<br><br><br><br>**SUBMISSION OF**<br>**SCHEDULING ORDER AND**<br>**DISCOVERY PLAN** |

Pursuant to Local Rule LR 16.1 (b)(1) and LR 16.1 (c)(2) for the District Court of Guam, the Plaintiff in the above-entitled action is exempt from participating in the preparation of the framing of the Scheduling Order because Plaintiff is a convicted Prisoner filing an action on his own behalf, and the Plaintiff is appearing Pro Se.

Although Plaintiff is exempt by the Rules cited above, and because the Defendants' Attorney, Assistant Attorney General **James T. Mitchell** has not taken a position with respect in the preparation of the Scheduling Order;

COMES FORTH NOW **Michael Jr. G. Laguana**, the Plaintiff in the above-entitled action, with humility and in good faith, taking the initiative to sincerely submit

**Page 1 of 2**

Page 2

the following Scheduling Order and Discovery Plan to this Honorable Court and to

Defendants' Attorney, Assistant Attorney General **James T. Mitchell**, in accordance

with the Provisions of Local Rule LR 16.1 for the District Court of Guam, and Rules

16 and 26(f) of the Federal Rules of Civil Procedure.


DATED this ___3ᴿᴰ___ day of _____FEBRUARY_____, 2004.




Respectfully Submitted:

Michael Jr. C. Laguana, Pro Se

**Michael Jr. G. Laguana, Pro Se,**
**Department of Corrections (ACF)**
**P.O. Box 3236**
**Hagatna, Guam 96932**
**Tel: (671) 734-3981 thru 9**