DISTRICT COURT OF GUAM

TERRITORY OF GUAM

MICHAEL JR. G. LAGUANA,

    Plaintiff,

vs.

FRANK ISHIZAKI, Director;
FRANCISCO B. CRISOSTOMO, Warden;
ALAN SAN NICOLAS, Corporal;
RAYMOND QUICHOCHO, Correctional Officer;
VINCENT BAMBA, Correctional Officer;
ED PEREZ, Correctional Officer, at the Department of Corrections, in their Individual and Official Capacities,

    Defendants.

Civil Case No. 03-00040

ORDER

The Defendants filed a Motion to Dismiss on January 21, 2004. Accordingly, the Court hereby vacates the February 23, 2004 scheduling conference. If necessary, the Court will re-set the scheduling conference after the Motion to Dismiss has been resolved.

SO ORDERED this 23rd day of February, 2004.

JOHN S. UNPINGCO
District Judge