Page 1

Michael Jr. G. Laguana, Pro Se
Department of Corrections (ACF)
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9



# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | | |
|---|---|---|
| Michael Jr. G. Laguana, | ) | |
| Plaintiff, | ) | Civil Case No. CV-03-00040 |
| vs. | ) | |
| Frank Ishizaki, Director, | ) | |
| Francisco B. Crisostomo, Warden, | ) | **PLAINTIFF'S DECLARATION** |
| Alan San Nicolas, Corporal, | ) | **IN OPPOSITION** |
| Raymond Quichocho, Correctional Officer, | ) | **TO DEFENDANTS'** |
| Vincent Bamba, Correctional Officer, | ) | **MOTION TO DISMISS** |
| Ed Perez, Correctional Officer, at the | ) | |
| Department of Corrections, in their | ) | |
| individual and official capacities, | ) | |
| Defendants. | ) | |

I, **Michael Jr. G. Laguana**, hereby declare that:

I am the **Plaintiff** in the above-entitled action. I make this declaration in opposition to Defendants' motion to dismiss.

1. Defendants in their motion claim that Plaintiff damaged the door. In reality, Plaintiff did not damage the door. Plaintiff clearly stated in his Statement of Facts attached to the complaint that he pushed the door opened with a clinched fist. Defendants erroneously assume that Plaintiff damaged the door. But "when reviewing a Fed. R. Civ. P. 12(b)(6) motion, the court

Page 2

   accepts the factual allegations in the complaint as true and makes all reasonable inferences in favor of Plaintiff." Shabazz v. Cole, 69 F.Supp.2d 177 (D. Mass. 1999).

2. Defendants in their motion claim that Plaintiff did not allege the contents of the note which Defendant San Nicolas slipped to the hands of the individual presiding over the hearing. In fact, Plaintiff need not allege the contents of the note. In reality, Defendant San Nicolas had no right to interfere with a hearing that was already in session, and a hearing which he is forbidden to participate in. Defendant San Nicolas was not suppose to be at the hearing in the first place.

3. Defendants in their motion claim that the Plaintiff alleged Defendant Quichocho of violation of the right to be free from cruel and unusual punishment. The Defendants, however, are wrong. Plaintiff never made such an allegation. In fact, Plaintiff alleged Defendant Quichocho of violation of the right to due process of law. *See* Complaint (Fourth Cause of Action, Paragraph 44).

4. Defendants in their motion claim that Plaintiff has not alleged that he was subjected to infliction of pain and that such infliction was unnecessary and wanton. In fact, Plaintiff did allege in the complaint that he was subjected to infliction of pain and that such infliction was unnecessary and wanton. *See* Complaint (Third Cause of Action, Paragraph 43).

5. Defendants in their motion claim that Plaintiff did not exhaust his Administrative Remedies. Plaintiff did exhaust his Administrative Remedies, as are available, in accordance with Administrative Law Executive Order 94-19. In fact, Plaintiff's attempt to exhaust his administrative remedy gives rise to a cause of action in the complaint where Defendant Ishizaki has deprived Plaintiff of due process.

Page 3

6. In reality, there are many facts in dispute, thus, these factual disputes cannot be resolved without a trial.

WHEREFORE, Defendants motion to dismiss should be denied.

I hereby declare under Penalty of Perjury under the Laws of the Territory of Guam and the Constitution of the United States, that the foregoing allegations and statements are true and correct, except as to those matters that are stated on my information and belief, and as to those matters, I believe them to be true.

DATED this 8TH day of MARCH, 2004.

Respectfully Submitted

Michael Jr. G. Laguana, Pro Se,

Michael Jr. G. Laguana, Pro Se,
Department of Corrections (ACF)
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9

Michael Jr. G. Laguana, Pro Se,
Department of Corrections (ACF)
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9

## PROOF OF SERVICE (CERTIFICATE OF SERVICE)

I, **Michael Jr. G. Laguana**, Plaintiff appearing Pro Se, hereby certify that I have served a true and correct filed copy of:

### PLAINTIFF'S DECLARATION
### IN OPPOSITION TO
### DEFENDANTS' MOTION TO DISMISS

upon Defendants' Counsel **James T. Mitchell** and addressed same to:

**James T. Mitchell, Counsel for the Defendants**
Office of the Attorney General
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 USA
(671) 475-3324     (671) 472-2493 (Fax)

by delivering same for the above-named Counsel for the Defendants at the Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagatna, Guam on this __8TH__ day of __MARCH__, 2004.

I declare under Penalty of Perjury that the following is true and correct.

DATED this __8TH__, day of __MARCH__, 2004.

By: _____
Michael Jr. G. Laguana, Pro Se