Page 1

Michael Jr. G. Laguana, Pro Se
Department of Corrections (ACF)
P.O. Box 3236
Hagatna, Guam 96932
Tel: (671) 734-3981 thru 9

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| Michael Jr. G. Laguana,<br>　　　　Plaintiff,<br>vs.<br>Frank Ishizaki, Director,<br>Francisco B. Crisostomo, Warden,<br>Alan San Nicolas, Corporal,<br>Raymond Quichocho, Correctional Officer,<br>Vincent Bamba, Correctional Officer,<br>Ed Perez, Correctional Officer, at the<br>Department of Corrections, in their<br>individual and official capacities,<br>　　　　Defendants. | Civil Case No.: CV-03-00040<br><br>**NOTICE-NO REPLY OR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION** |

On March 9, 2004 Plaintiff timely filed in the District Court of Guam a 1) Plaintiff's Opposition to Defendants' Motion to Dismiss; and 2) a Plaintiff's Declaration in Opposition to Defendants' Motion to Dismiss. Defendants' Counsel Assistant Attorney General James T. Mitchell, or otherwise his office, whose address is

**Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910   USA**

was in receipt of Plaintiff's Opposition to Defendants' Motion to Dismiss and Plaintiff's Declaration in Opposition to Defendants' Motion to Dismiss on March 17, 2004.

Pursuant to an Order issued by District Court Judge John S. Unpingco on January 23, 2004, the Defendants upon receiving an Opposition, shall have 30 days from receipt of Plaintiff's

Page 1 of 2

Page 2

Opposition to file a reply.

From the 17th of March 2004, the last day(the 30th day) for filing a reply to Plaintiff's Opposition was April 16, 2004. However, Defendants' Counsel to this day has not filed a response and there has been no previous extension(s) of time by stipulation and no extension by order of court.

IT IS STIPULATED that the Defendants shall have 30 days to file a reply upon receipt of Plaintiff's Opposition. In good faith, Plaintiff would just like to give notice to this honorable court that no response had been filed by Defendants' Counsel James T. Mitchell.

I declare under Penalty of Perjury that the foregoing statement is true and correct to the best of my knowledge.

DATED this 18th day of JUNE, 2004.

Respectfully Submitted

Michael Jr. G. Laguana, Pro Se,

Michael Jr. G. Laguana, Pro Se,
Department of Corrections (ACF)
P.O. Box 3236
Hagåtña, Guam 96912
Tel: (671) 734-3981 thru 9

Page 1

Michael Jr. G. Laguana, Pro Se,
Department of Corrections (ACF)
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9

*PROOF OF SERVICE (CERTIFICATE OF SERVICE)*

I, **Michael Jr. G. Laguana**, Plaintiff appearing Pro Se, hereby certify that I have served a true and correct filed copy of:

**NOTICE-NO REPLY OR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION**

upon Defendants' Counsel **James T. Mitchell** and addressed same to:

**James T. Mitchell, Counsel for the Defendants**
**Office of the Attorney General**
**Civil Division**
**Guam Judicial Center, Suite 2-200E**
**120 West O'Brien Drive**
**Hagåtña, Guam 96910   USA**
**(671) 475-3324        (671) 472-2493 (Fax)**

by delivering same for the above-named Counsel for the Defendants at the Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam on this __18th__ day of __JUNE__, 2004.

I declare under Penalty of Perjury that the following is true and correct.

DATED this __18th__ day of __JUNE__, 2004.

By: _____
Michael Jr. G. Laguana, Pro Se