Michael Jr. G. Laguana, Pro Se
Department of Corrections (ACF)
P.O. Box 3236
Hagatna, Guam 96932
Tel: (671) 734-3981 thru 9

FILED
DISTRICT COURT OF GUAM
JUN 29 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| Michael Jr. G. Laguana,<br>　　　　Plaintiff,<br>vs.<br>Frank Ishizaki, Director,<br>Francisco B. Crisostomo, Warden,<br>Alan San Nicolas, Corporal,<br>Raymond Quichocho, Correctional Officer,<br>Vincent Bamba, Correctional Officer,<br>Ed Perez, Correctional Officer, at the<br>Department of Corrections, in their<br>individual and official capacities,<br>　　　　Defendants. | Civil Case No.: CV-03-00040<br><br>**MOTION FOR<br>ORAL ARGUMENT** |

Pursuant to Local Rule LR 7.1(e)(1)(2) for the District Court of Guam, Plaintiff humbly requests this Honorable Court for an Oral Argument hearing on the Defendants' Motion to Dismiss.

DATED this _18th_ day of _June_, 2004.

Respectfully Submitted,

_____
Michael Jr. G. Laguana, Pro Se

Michael Jr. G. Laguana, Pro Se
Department of Corrections (ACF)
P.O. Box 3236
Hagatna, Guam 96932
Tel: (671) 734-3981 thru 9

**ORIGINAL**

Page 1

Michael Jr. G. Laguana, Pro Se,
Department of Corrections (ACF)
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9

*PROOF OF SERVICE (CERTIFICATE OF SERVICE)*

I, **Michael Jr. G. Laguana**, Plaintiff appearing Pro Se, hereby certify that I have served a true and correct filed copy of:

**PLAINTIFF'S MOTION FOR ORAL ARGUMENT**

upon Defendants' Counsel **James T. Mitchell** and addressed same to:

**James T. Mitchell**, Counsel for the Defendants
Office of the Attorney General
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910   USA
(671) 475-3324        (671) 472-2493 (Fax)

by delivering same for the above-named Counsel for the Defendants at the Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam on this 18th day of JUNE, 2004.

I declare under Penalty of Perjury that the following is true and correct.

DATED this 18th day of JUNE, 2004.

By: _____
Michael Jr. G. Laguana, Pro Se

Page 1 of 1