Page 1

Michael Jr. G. Laguana, Pro Se
Department of Corrections (ACF)
P.O. Box 3236
Hagatna, Guam 96932
Tel: (671) 734-3981 thru 9



# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | | |
|---|---|---|
| Michael Jr. G. Laguana,<br>Plaintiff,<br>vs.<br>Frank Ishizaki, Director,<br>Francisco B. Crisostomo, Warden,<br>Alan San Nicolas, Corporal,<br>Raymond Quichocho, Correctional Officer,<br>Vincent Bamba, Correctional Officer,<br>Ed Perez, Correctional Officer, at the<br>Department of Corrections, in their<br>individual and official capacities,<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No.: CV-03-00040<br><br>**AGREEMENT OF<br>HEARING DATE** |

Pursuant to Local Rule LR 7.1(b) for the District Court of Guam, the Plaintiff hereby acknowledges the following:

1. I, **Michael Jr. G. Laguana** am the Plaintiff appearing Pro Se in the above entitled action. I contacted the Attorney for the opposing parties in this action, to agree upon a date for oral argument of their Fed. R. Civ. P. 12(b)(6) Motion to Dismiss.

2. The Attorney for the opposing party is Assistant Attorney General **James T. Mitchell**.

3. I agree upon the following date: _____, 2004.

4. I called the Deputy Clerk of the District Court of Guam to ensure that the Court is

Page 2

available on the above date. I requested oral argument, and the moving parties for the Motion to Dismiss will not agree to an oral argument date.

DATED this 18th day of JUNE, 2004.

Respectfully Submitted,

Michael Jr. G. Laguana, Pro Se,

**Michael Jr. G. Laguana, Pro Se**
**Department of Corrections (ACF)**
**P.O. Box 3236**
**Hagatna, Guam 96932**
**Tel: (671) 734-3981 thru 9**

Page 2 of 2

Case 1:03-cv-00040    Document 33    Filed 06/29/2004    Page 2 of 3

Page 1

Michael Jr. G. Laguana, Pro Se,
Department of Corrections (ACF)
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9

### *PROOF OF SERVICE (CERTIFICATE OF SERVICE)*

I, **Michael Jr. G. Laguana**, Plaintiff appearing Pro Se, hereby certify that I have served a true and correct filed copy of:

### AGREEMENT OF HEARING DATE

upon Defendants' Counsel **James T. Mitchell** and addressed same to:

**James T. Mitchell, Counsel for the Defendants**
Office of the Attorney General
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910   USA
(671) 475-3324        (671) 472-2493 (Fax)

by delivering same for the above-named Counsel for the Defendants at the Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam on this _18th_ day of _JUNE_, 2004.

I declare under Penalty of Perjury that the following is true and correct.

DATED this _18th_ day of _JUNE_, 2004.

By: _____
Michael Jr. G. Laguana, Pro Se