Page 1
**Michael Jr. G. Laguana, Pro Se,**
**Department of Corrections (ACF)**
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9

FILED
DISTRICT COURT OF GUAM
OCT 08 2004
MARY L. M. MORAN
CLERK OF COURT

35

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| Michael Jr. G. Laguana,<br>    Plaintiff,<br>vs.<br><br>Frank Ishizaki, Director;<br>Francisco B. Crisostomo, Warden;<br>Alan San Nicolas, Corporal;<br>Raymond Quichocho, Correctional Officer;<br>Vincent Bamba, Correctional Officer;<br>Ed Perez, Correctional Officer; at the<br>Department of Corrections, in their<br>individual and official capacities,<br>    Defendants. | Civil Case No.: **CV-03-00040**<br><br>**MOTION - IN OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS** |

I, **_Michael Jr. G. Laguana_**, Plaintiff in the above-entitled action, hereby files this motion pursuant to 28 U.S.C. §636 (b)(1)(C), in objection to the report and recommendations made by Magistrate Judge **_Joaquin Manibusan Jr._** of the District Court of Guam on the 20th day of September, 2004.

DATED this 5th day of October, 2004.

Respectfully Submitted,

Michael Jr. G. Laguana, *pro se.*

Page 1
Michael Jr. G. Laguana, Pro Se,
Department of Corrections (ACF)
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9

# PROOF OF SERVICE (CERTIFICATE OF SERVICE)

I, *Michael Jr. G. Laguana*, Plaintiff appearing *pro se*, hereby certify that I have served a true and correct filed copy of:

# MOTION - IN OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

upon Defendants' Counsel *James T. Mitchell* and addressed same to:

**James T. Mitchell, Counsel for the Defendants,**
**Office of the Attorney General**
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 USA
**(671) 475-3324    (671) 472-2493 (Fax)**

by delivering same for the above-named Counsel for the Defendants at the Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam on this _5th_ day of _OCTOBER_, 2004.

I declare under Penalty of Perjury that the foregoing is true and correct.

DATED this _5th_, day of _OCTOBER_, 2004.

By: _____
Michael Jr. G. Laguana, *pro se*

*Laguana vs. Ishizaki, CV-03-00040*
**PROOF OF SERVICE**