Michael Jr. G. Laguana, Pro Se,
Department of Corrections (ACF)
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9

FILED
DISTRICT COURT OF GUAM
OCT 08 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

Michael Jr. G. Laguana, )
    Plaintiff, )
vs. ) Civil Case No.: **CV-03-00040**
)
Frank Ishizaki, Director; )
Francisco B. Crisostomo, Warden; )
Alan San Nicolas, Corporal; ) **REQUEST FOR PRODUCTION**
Raymond Quichocho, Correctional Officer; ) **OF DOCUMENTS**
Vincent Bamba, Correctional Officer; )
Ed Perez, Correctional Officer; at the )
Department of Corrections, in their )
individual and official capacities, )
    Defendants. )
_____ )

## REQUEST FOR PRODUCTION OF DOCUMENTS

I, **Michael Jr. G. Laguana** (known hereinafter as Plaintiff), pursuant to Rule 34 of the Federal Rules of Civil Procedure, requests that each and all Defendants respond within 30 days, by allowing Plaintiff to inspect and copy, or by providing Plaintiff with a copy of the following documents:

1. ANY AND ALL documents and reports at the Guam Department of Corrections (DOC) in Mangilao concerning Plaintiff's DHB case on August 8, 2003, including, but not limited to, Incident Reports, Informational Reports, Statement of Witnesses, Investigation Reports, etc.

Laguana vs. Ishizaki, et. al., CV-03-00040
REQUEST FOR PRODUCTION
OF DOCUMENTS

Laguana vs. Ishizaki, et. al.,
Request for Production of Documents
Page 2

2. ANY AND ALL letters, documents, and grievances received by Caseworker Mark T. Perez and the Casework Counseling Services Division (CCSD) Office at DOC concerning the Plaintiff within the past Three (3) years.

3. ANY AND ALL Civil Lawsuits, Court Decisions, Settlements and Consent-Decrees entered against DOC, their Agents and Subordinates (up & down the chain of command) within the past Ten (10) years.

4. ANY AND ALL letters, documents, grievances received by the Warden's Office at DOC concerning the Plaintiff within the past 3 years.

5. ANY AND ALL running logs, log books, daily blotters, follow-up logs, and Mail logs of the Minimum-In Facility (Post# 24) at DOC within the past 3 years. Strictly original handwritten hard copies.

6. ANY AND ALL individual running logs from each Defendant and their Agents assigned to the Halfway House (Post# 9) at DOC; log books, daily blotters, follow-up logs, and Mail logs of Post# 9. No computer print outs. Strictly original handwritten hard copies

7. ANY AND ALL documents and reports at the Forensic Office of Dr. George Kallingal at DOC concerning the Plaintiff within the past 3 years, including, but not limited to, evaluations, recommendations, counseling reports, reports from Mental Health, etc.

Laguana vs. Ishizaki, et. al., CV-03-00040
REQUEST FOR PRODUCTION
OF DOCUMENTS                    Page 2 of 4

Case 1:03-cv-00040  Document 37  Filed 10/08/2004  Page 2 of 5

Laguana vs. Ishizaki, et. al.,
Request for Production of Documents
Page 3

8. ANY AND ALL running logs, log books, daily blotters, entries, and follow-up logs of Central Control (Post# 1) at DOC concerning the Plaintiff within the past 3 years.

9. ANY AND ALL running logs, log books, daily blotters, follow-up logs, and Mail logs of SHU (Post# 6) at DOC within the past 3 years. No computer print outs. Strictly original handwritten hard copies.

10. ANY AND ALL grievances in the Plaintiff's file at DOC within the past 3 years.

11. ANY AND ALL policy directives, standard operating procedures, general orders, unit directives, rules and regulations of DOC that describes the charging process when an incident occurs, the process of writing the incident and investigation reports, and the process of investigating the incident. The citation of authorities requested above must not supercede Executive Order 94-19, and must be consistent with existing statutory or case law.

12. ANY AND ALL policy directives, standard operating procedures, general orders, unit directives, rules and regulations of DOC that establishes the duties and responsibilities of each named-Defendants. (e.g., Director, Warden, Corporal, Correctional Officer). The citation of authorities requested above must not supercede Executive Order 94-19, and must be consistent with existing statutory or case law.

13. ANY AND ALL policy directives, standard operating procedures, general orders, unit directives, rules and regulations concerning Appeals and the Disciplinary Hearing Board (DHB) at DOC. The citation of authorities requested above must not supercede Executive Order 94-19, and must be consistent with existing statutory or case law.

Laguana vs. Ishizaki, et. al., CV-03-00040
REQUEST FOR PRODUCTION
OF DOCUMENTS                    Page 3 of 4

Case 1:03-cv-00040    Document 37    Filed 10/08/2004    Page 3 of 5

Laguana vs. Ishizaki, et. al.,
Request for Production of Documents
Page 4

## *VERIFICATION*

I, **_Michael Jr. G. Laguana_**, declare that I am the Plaintiff in the above-entitled action. I further certify, state, or declare under the Penalty of Perjury and under the laws of the Territory of Guam that I have served a true and correct copy of the first set of ***REQUEST FOR PRODUCTION OF DOCUMENTS*** for all Defendants, to all Defendants on this ___24th___ day of ___SEPTEMBER___, 2004.

Respectfully Submitted,

_MICHAEL JR. G. LAGUANA_
**Name (Print)**

*[signature]*
Michael Jr. G. Laguana, Pro Se,
Plaintiff

9/24/04   9:50 a.m.
**Date and Time of Signature**

Laguana vs. Ishizaki, et. al., CV-03-00040
**REQUEST FOR PRODUCTION
OF DOCUMENTS**                     Page 4 of 4

Case 1:03-cv-00040    Document 37    Filed 10/08/2004    Page 4 of 5

Page 1
**Michael Jr. G. Laguana, Pro Se,**
**Department of Corrections (ACF)**
**P.O. Box 3236**
**Hagåtña, Guam 96932**
**Tel: (671) 734-3981 thru 9**

# PROOF OF SERVICE (CERTIFICATE OF SERVICE)

I, **_Michael Jr. G. Laguana_**, Plaintiff appearing *pro se*, hereby certify that I have served a true and correct filed copy of:

# *REQUEST FOR PRODUCTION OF DOCUMENTS*

upon Defendants' Counsel **_James T. Mitchell_** and addressed same to:

**James T. Mitchell, Counsel for the Defendants,**
**Office of the Attorney General**
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910  USA
**(671) 475-3324    (671) 472-2493 (Fax)**

by delivering same for the above-named Counsel for the Defendants at the Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam on this _24th_ day of _SEPTEMBER_, 2004.

I declare under Penalty of Perjury that the foregoing is true and correct.

DATED this _24th_, day of _SEPTEMBER_, 2004.

By: _____
Michael Jr. G. Laguana, *pro se*

---
*Laguana vs. Ishizaki, CV-03-00040*
**PROOF OF SERVICE**