Michael Jr. G. Laguana, Pro Se,
Department of Corrections (ACF)
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9

**FILED**
DISTRICT COURT OF GUAM
OCT 08 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| Michael Jr. G. Laguana,<br>    Plaintiff,<br>vs.<br>Frank Ishizaki, Director;<br>Francisco B. Crisostomo, Warden;<br>Alan San Nicolas, Corporal;<br>Raymond Quichocho, Correctional Officer;<br>Vincent Bamba, Correctional Officer;<br>Ed Perez, Correctional Officer; at the<br>Department of Corrections, in their<br>individual and official capacities,<br>    Defendants. | Civil Case No.: **CV-03-00040**<br><br>**INTERROGATORIES** |

Interrogatories for the above-named Defendant: ***Alan San Nicolas***

### *FIRST SET OF INTERROGATORIES*

Plaintiff submits the following set of interrogatories to Defendant ***Alan San Nicolas***, pursuant to Rule 33 of the Federal Rules of Civil Procedure. You alone are hereby directed to answer the following set of interrogatories in writing under oath, within 30 days after service of these interrogatories upon you, exclusive of the day of service. If you object or refuse to answer an interrogatory, you must specifically state the reason(s) for your objection or refusal.

1. Define exactly what the duties and responsibilities of a Corporal at the Guam Department of Corrections are, and by what existing statute or local law are those duties and responsibilities supported by.

Laguana vs. Ishizaki, et. al., CV-03-00040
Interrogatories

2. On and throughout the month of August 2003 and at all relevant times to Plaintiff's case when alleged violation occurred, who was the Chairman for the Disciplinary Hearing Board (DHB) at the Guam Department of Corrections?

3. Define exactly what the duties and responsibilities of a DHB Chairman at the Guam Department of Corrections are, and by what existing statute or local law are those duties and responsibilities supported by.

4. Define exactly what the duties and responsibilities of a Investigating Supervisor at the Guam Department of Corrections are, and by what existing statute or local law are those duties and responsibilities supported by.

5. On August 5, 2003 and at all relevant times to Plaintiff's case when alleged violation occurred, did you decide to bring Plaintiff Michael Jr. G. Laguana up to Post# 6 to be placed on Pre-hearing Detention? Yes or No.

6. On August 5, 2003 and at all relevant times to Plaintiff's case when alleged violation occurred, did you order Correctional Officer (CO-I) Milo Mapote to handcuff Plaintiff Michael Jr. G. Laguana and to bring him up to Post# 6 to be placed on Pre-Hearing Detention? Yes or No.

7. On August 5, 2003 and at all relevant times to Plaintiff's case when alleged violation occurred, did you order Correctional Officer (CO-I/defendant) Raymond Quichocho to write and Incident Report against Plaintiff Michael Jr. G. Laguana? Yes or No.

Laguana vs. Ishizaki, et. al., CV-03-00040
Interrogatories                              Page 2 of 5

Case 1:03-cv-00040   Document 39   Filed 10/08/2004   Page 2 of 6

8. On August 6, 2003 and at all relevant times to Plaintiff's case when alleged violation occurred, were you the Investigating Supervisor in the DHB case of Plaintiff Michael Jr. G. Laguana? Yes or No.

9. On August 6, 2003 and at all relevant times to Plaintiff's case when alleged violation occurred, were you the Decision Maker in the DHB case of Plaintiff Michael Jr. G. Laguana? Yes or No.

10. On August 6, 2003 on or about 1023hrs., and at all relevant times to Plaintiff's case when alleged violation occurred, did you appear at the DHB Hearing of Plaintiff Michael Jr. G. Laguana? Yes or No. If Yes, specifically state when, where, why, and how did you appear at Plaintiff Laguana's DHB Hearing.

11. After counseling, questioning, or speaking with Plaintiff Michael Jr. G. Laguana on August 5, 2003 on or about 0815hrs., and at all relevant times to Plaintiff's case when alleged violation occurred, what immediate adverse action did you take against Plaintiff Laguana?

12. What existing statute, rule, or case law you relied upon in believing your involvement in every part and process in the DHB case of Plaintiff Michael Jr. G. Laguana to be lawful?

13. How long have you been a Correctional Officer at the Guam Department of Corrections (DOC) in Mangilao?

14. How long have you been a DHB Chairman at the Guam Department of Corrections in Mangilao?

Laguana vs. Ishizaki, et. al., CV-03-00040
Interrogatories                              Page 3 of 5

Case 1:03-cv-00040   Document 39   Filed 10/08/2004   Page 3 of 6

15. Assuming that you don't know how to do your job, and you don't like to be told how to do your job, then just what exactly is your job, and who is allowed to correct your mistakes when you think you are doing your job right, but in reality you are doing your job wrong?

16. On August 5, 2003 on or about 0845hrs., and during all times relevant when alleged violation occurred, did you counsel, question, or speak to Plaintiff Michael Jr. G. Laguana at the Visitation Area of the Halfway House? Yes or No. If Yes, specifically state what and why did you counsel, question, or speak to Plaintiff Laguana about.

17. Did you conduct an interview with the Officer who you ordered to write an Incident Report against Plaintiff Michael Jr. G. Laguana? Yes or No.

18. Referring to the Investigation Report on Part II of the Incident Report which was submitted by you on August 6, 2003 at 1000hrs., and at all relevant times to Plaintiff's case when alleged violation occurred. Was that Investigation Report submitted under oath? Yes or No. If yes, where does it show on the Investigation Report that it was submitted under oath? If Not, specifically state why not.

19. On August 8, 2003 on or about 1023hrs., and at all relevant times to Plaintiff's case when alleged violation occurred, did you or your inmate informants testify at the DHB Hearing of Plaintiff Michael Jr. G. Laguana? Yes or No. If Yes, specifically state when, where, what, why, and how did you testify at Plaintiff Laguana's DHB Hearing. If Not, specifically state why not.

*Laguana vs. Ishizaki, et. al.,* CV-03-00040
Interrogatories                    Page 4 of 5

Case 1:03-cv-00040   Document 39   Filed 10/08/2004   Page 4 of 6

20. At all relevant times to Plaintiff's case when alleged violation occurred, was <u>Executive Order 94-19</u> (E.O. 94-19) clearly established law since its promulgation on December 30, 1994? Yes or No.

21. At all relevant times to Plaintiff's case when alleged violation occurred, was <u>Executive Order 88-19</u> (E.O. 88-19) clearly established law since its promulgation on July 29, 1988? Yes or No.

## *VERIFICATION*

I, **_Michael Jr. G. Laguana_**, declare that I am the Plaintiff in the above-entitled action. I further certify, state, or declare under the Penalty of Perjury and under the laws of the Territory of Guam that I have served a true and correct copy of the first set of ***INTERROGATORIES*** for defendant Alan San Nicolas, to defendant Alan San Nicolas on this ___24th___ day of ___SEPTEMBER___, 2004.

Respectfully Submitted,

_MICHAEL JR. G. LAGUANA_
**Name (Print)**

_[signature]_
Michael Jr. G. Laguana, Pro Se,
Plaintiff

9/24/04   9:50 am
**Date and Time of Signature**

**Laguana vs. Ishizaki, et. al., CV-03-00040**
**Interrogatories**                                Page 5 of 5

Case 1:03-cv-00040   Document 39   Filed 10/08/2004   Page 5 of 6

Page 1
**Michael Jr. G. Laguana, Pro Se,**
**Department of Corrections (ACF)**
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9

# PROOF OF SERVICE (CERTIFICATE OF SERVICE)

I, **Michael Jr. G. Laguana**, Plaintiff appearing *pro se*, hereby certify that I have served a true and correct filed copy of:

# *INTERROGATORIES*

upon Defendants' Counsel **James T. Mitchell** and addressed same to:

**James T. Mitchell, Counsel for the Defendants,**
**Office of the Attorney General**
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910   USA
**(671) 475-3324        (671) 472-2493 (Fax)**

by delivering same for the above-named Counsel for the Defendants at the Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam on this 24th day of SEPTEMBER, 2004.

I declare under Penalty of Perjury that the foregoing is true and correct.

DATED this 24th, day of SEPTEMBER, 2004.

By: _____
Michael Jr. G. Laguana, *pro se*

---

*Laguana vs. Ishizaki, CV-03-00040*
**PROOF OF SERVICE**