

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



FILED
DISTRICT COURT OF GUAM
OCT 08 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| MICHAEL JR. G. LAGUANA, | Civil Case No. 03-00040 |
| Plaintiff, | |
| vs. | |
| FRANK ISHIZAKI, Director; FRANCISCO B. CRISOSTOMO, Warden; ALAN SAN NICOLAS, Corporal; RAYMOND QUICHOCHO, Correctional Officer; VINCENT BAMBA, Correctional Officer; ED PEREZ, Correctional Officer, at the Department of Corrections, in their individual and official capacities, | **OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATIONS** |
| Defendants. | |

In his fifth cause of action, Plaintiff alleges that he filed an appeal of a decision of the Disciplinary Hearing Board and that his appeal was never answered by the Defendant Director of Corrections. The allegations have no merit. A true and correct copy of DHB Case Number DHB2003-08-1000 is attached as part of Exhibit (A). It shows that Plaintiff's hearing was conducted on August 8, 2003. A true and correct copy of the Director's DHB Appeal Review

is also attached as part of Exhibit (A). It shows that the Director received Plaintiff's appeal on August 14, 2003 and reviewed the appeal on August 26, 2003. The Director conducted his review within fourteen (14) working days of the appeal. Based on the above facts, Plaintiff's fifth cause of action should be dismissed with prejudice for failure to state a cause of action.

Dated this 5th day of October, 2004.

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General**

JAMES T. MITCHELL
Assistant Attorney General
Attorney for Defendants

Mitchell:\Laguana Obj to Magistrate Report