Michael Jr. G. Laguana, Pro Se,
Department of Corrections
Dairy Road, Mashburn Lane
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9
Adult Correctional Facility

FILED
DISTRICT COURT OF GUAM
OCT 27 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### *TERRITORY OF GUAM*

| | |
|---|---|
| Michael Jr. G. Laguana,<br>Plaintiff,<br>vs.<br><br>Frank Ishizaki, Director;<br>Francisco B. Crisostomo, Warden;<br>Alan San Nicolas, Corporal;<br>Raymond Quichocho, Correctional Officer;<br>Vincent Bamba, Correctional Officer;<br>Ed Perez, Correctional Officer; at the<br>Guam Department of Corrections, in their<br>individual and official capacities,<br>Defendants. | Civil Case No.: **CV-03-00040**<br><br>**MOTION TO STRIKE DEFENDANTS' EXTRINSIC DOCUMENTARY MATERIALS** |

**COMES FORTH NOW** *Michael Jr. G. Laguana*, Plaintiff in the above-entitled action, hereby files this motion, and moves this honorable court to strike Defendants' extrinsic documentary materials filed with this court on October 8, 2004.

DATED this 26th day of OCTOBER, 2004.

Respectfully Submitted,

Michael Jr. G. Laguana, *pro se.*

| | |
|---|---|
| 1 | Michael Jr. G. Laguana, Pro Se, |
| 2 | Department of Corrections (ACF)<br>P.O. Box 3236<br>Hagåtña, Guam 96932 |
| 3 | **Tel: (671) 734-3981 thru 9** |
| 4 | |
| 5 | # PROOF OF SERVICE (CERTIFICATE OF SERVICE) |
| 6 | I, *Michael Jr. G. Laguana*, Plaintiff appearing *pro se*, hereby certify that I have served a true |
| 7 | and correct filed copy of: |
| 8 | |
| 9 | ## MOTION TO STRIKE DEFENDANTS' EXTRINSIC DOCUMENTARY MATERIALS |
| 10 | |
| 11 | upon Defendants' Counsel *James T. Mitchell* and addressed same to: |
| 12 | **James T. Mitchell, Counsel for the Defendants,**<br>**Office of the Attorney General** |
| 13 | **Civil Division**<br>Guam Judicial Center, Suite 2-200E |
| 14 | 120 West O'Brien Drive<br>Hagåtña, Guam 96910   USA |
| 15 | **(671) 475-3324        (671) 472-2493 (Fax)** |
| 16 | |
| 17 | by delivering same for the above-named Counsel for the Defendants at the Office of the Attorney |
| 18 | General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam on this |
| 19 | _25TH_ day of _OCTOBER_, 2004. |
| 20 | |
| 21 | I declare under Penalty of Perjury that the foregoing is true and correct. |
| 22 | DATED this _25TH_, day of _OCTOBER_, 2004. |
| 23 | |
| 24 | By: /s/ Michael Jr. G. Laguana |
| 25 | Michael Jr. G. Laguana, *pro se.* |
| 26 | |
| 27 | |
| 28 | *Laguana vs. Ishizaki, CV-03-00040*<br>**PROOF OF SERVICE** |