

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| MICHAEL JR. G. LAGUANA, | Civil Action Case No.03-00040 |
| Plaintiff, | |
| vs. | |
| FRANK ISHIZAKI, Director, Francisco B. Crisostomo, Warden, Alan San Nicolas, Corporal, Raymond Quichocho, Correctional Officer, Vincent Bamba, Correction Officer, Ed Perez, Correction Officer, at the Department of Corrections, in their official capacities, | **DECLARATION** |
| Defendants. | |

I, James T. Mitchell declare as follows:

1. I am the attorney of record for defendants in this matter.

2. I telephoned Plaintiff Michael Jr. G. Laguana on November 23, 2004 and requested that he hold his discovery requests in abeyance until after the Court rules on the Motion to Dismiss before it.

Page 1
*Declaration*
District Court of Guam Civil Case No. 03-00040

3. Plaintiff Laguana refused to hold his discovery requests in abeyance until after the Court rules on the pending Motion to Dismiss.

I declare under penalty of perjury that the above declarations are true and correct.

Dated this 3rd day of December, 2004.

                                          DOUGLAS B. MOYLAN
                                          Attorney General

                              By:    JAMES T. MITCHELL
                                            Assistant Attorney General

Mitchell:\Laguana D.Ct.\03-00040 Declaration\ba