

**Office of the Attorney General**
**Douglas B. Moylan**
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



FILED
DISTRICT COURT OF GUAM
DEC - 7 2004
MARY L. M. MORAN
CLERK OF COURT

47

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| MICHAEL JR. G. LAGUANA, | Civil Action Case No. 03-00040 |
| Plaintiff, | |
| vs. | |
| FRANK ISHIZAKI, Director, Francisco B. Crisostomo, Warden, Alan San Nicolas, Corporal, Raymond Quichocho, Correctional Officer, Vincent Bamba, Correction Officer, Ed Perez, Correction Officer, at the Department of Corrections, in their official capacities, | **DECLARATION OF ROBERT D. CAMACHO** |
| Defendants. | |

I, Robert D. Camacho declare as follows:

1. I am currently the Director of the Guam Department of Corrections.

2. During the period of Plaintiff Michael Jr. G. Laguana's DHB2003-08-100 and subsequent appeal, I was the Deputy Director of the Department of Corrections.

3. As Deputy Director, the Director often called upon me to review DHB proceedings when inmates appealed a DHB decision.

4. The Director's delegation of the above duties was pursuant to 9 GCA § 90.35(c).

5. Pursuant to a Director's delegation and pursuant to 9 GCA § 90.35(c), I reviewed Plaintiff Michael Jr. G. Laguana's DHB2003-08-100 and signed the appeal for Director Frank T. Ishizaki on August 26, 2003.

6. While the appeal referred to in paragraph 5 above does not contain a DHB number, I am certain it pertains to Plaintiff Michael Jr. G. Laguana's DHB2003-08-100 because I distinctly remember the incident and appeal; and the appeal is identified with Plaintiff Laguana's name, date DHB appeal received, DHB review Date, Date of incident, and DHB date.

7. Plaintiff Laguana did not appear before the DHB for any other incident during the period covered by DHB2003-08-100 and its subsequent appeal. This fact further supports my conviction that the appeal I signed on August 26, 2003 is the appeal for DHB2003-08-100.

I declare under penalty of perjury that the above declarations are true and correct, this 7th day of December, 2004.

_____
ROBERT D. CAMACHO

Mitchell:\Laguana D.Ct. 03-00040\Dec of Robert Camacho\ba