```
 1  Michael Jr. G. Laguana, Pro Se,
    Department of Corrections
 2  Dairy Road, Mashburn Lane
    P.O. Box 3236
 3  Hagåtña, Guam 96932
    Tel: (671) 734-3981 thru 9
 4  Adult Correctional Facility
```

**FILED**
DISTRICT COURT OF GUAM
DEC 22 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### *TERRITORY OF GUAM*

| | |
|---|---|
| Michael Jr. G. Laguana,<br>　　　Plaintiff,<br>　　vs.<br>Frank Ishizaki, Director;<br>Francisco B. Crisostomo, Warden;<br>Alan San Nicolas, Corporal;<br>Raymond Quichocho, Correctional Officer;<br>Vincent Bamba, Correctional Officer;<br>Ed Perez, Correctional Officer; at the<br>Department of Corrections, in their<br>individual and official capacities,<br>　　　Defendants. | Civil Case No.: **CV-03-00040**<br><br>**MOTION TO STRIKE<br>THE DECLARATION OF<br>ROBERT D. CAMACHO** |

**COMES FORTH NOW** *Michael Jr. G. Laguana*, Plaintiff in the above-entitled action, and hereby files this motion, and moves this honorable court to strike the Declaration of Robert D. Camacho filed with this court on December 7, 2004.

DATED this 21st day of DECEMBER, 2004.

Respectfully Submitted,

_____
Michael Jr. G. Laguana, *pro se.*

Michael Jr. G. Laguana, Pro Se,
Department of Corrections (ACF)
P.O. Box 3236
Hagåtña, Guam 96932
**Tel: (671) 734-3981 thru 9**

# PROOF OF SERVICE (CERTIFICATE OF SERVICE)

I, *Michael Jr. G. Laguana*, Plaintiff appearing *pro se*, hereby certify that I have served a true and correct filed copy of:

## MOTION TO STRIKE THE DECLARATION OF ROBERT D. CAMACHO

upon Defendants' Counsel *James T. Mitchell* and addressed same to:

**James T. Mitchell, Counsel for the Defendants,**
**Office of the Attorney General**
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910   USA
**(671) 475-3324       (671) 472-2493 (Fax)**

by delivering same for the above-named Counsel for the Defendants at the Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam on this 21st day of DECEMBER, 2004.

I declare under Penalty of Perjury that the foregoing is true and correct.

DATED this 21st, day of DECEMBER, 2004.

By: _____
Michael Jr. G. Laguana, *pro se.*

*Laguana vs. Ishizaki, CV-03-00040*
**PROOF OF SERVICE**