
**FILED**
DISTRICT COURT OF GUAM
MAY 16 2005
MARY L.M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| MICHAEL JR. G. LAGUANA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK ISHIZAKI, Director; FRANCISCO B. CRISOSTOMO, Warden; ALAN SAN NICOLAS, Corporal; RAYMOND QUICHOCHO; Correctional Officer; VINCENT BAMBA; Correction Officer; ED PEREZ, Correctional Officer, at the Department of Corrections, in their individual and official capacities,<br><br>Defendants. | Civil Case No. 03-00040<br><br>**ORDER** |

On December 7, 2004, defendants filed a Motion for Protective Order (Docket No. 44). In light of the Court's May 10, 2005 Order (Docket No. 51) dismissing the complaint as to all defendants, the defendants' motion is moot and will not be considered.[1]

**SO ORDERED** this 12th day of May, 2005.

HONORABLE DAVID O. CARTER*
**United States District Judge**

---

[1] Should plaintiff amend his complaint within thirty days from his receipt of the Court's May 10, 2005 order, the defendants are free to take whatever action they deem appropriate.

* The Honorable David O. Carter, United States District Judge for California, by designation.