**Michael Jr. G. Laguana, Pro Se,**
**Department of Corrections**
**Dairy Road, Mashburn Lane**
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9
**Adult Correctional Facility**

FILED
DISTRICT COURT OF GUAM
JUN 15 2005
MARY L.M. MORAN
CLERK OF COURT

54

# UNITED STATES DISTRICT COURT

## DISTRICT COURT OF GUAM

***TERRITORY OF GUAM***

| | |
|---|---|
| Michael Jr. G. Laguana,<br>Plaintiff,<br>vs.<br><br>Frank Ishizaki, Director;<br>Francisco B. Crisostomo, Warden;<br>Alan San Nicolas, Corporal; at the Guam Department of Corrections, in their individual and official capacities,<br>Defendants. | Civil Case No.: **CV-03-00040**<br><br>**DECLARATION** |

I, **Michael Jr. G. Laguana**, being first duly sworn, depose and say:

I.

I am the Plaintiff in the above-entitled action, and hereby make this Declaration in support of my Amended Complaint in the above-entitled action.

II.

The following facts are relevant to the issues involved in the above-entitled action and are known by me to be true, of my own personal knowledge. I am competent to testify to such facts, and would so testify if I appeared in court as a witness at the trial of the matter:



1. I am an indigent inmate incarcerated at the Guam Department of Corrections in Mangilao (known hereinafter as "DOC").

2. The published Procedural Due Process Form asserted in the Complaint which is attached to this declaration and marked as Exhibit "A," is an official document of DOC and a true and correct copy of the original. This Procedural Due Process Form contains my full panoply of due process procedural protections which I am entitled to during the course of my disciplinary proceeding, and that must be followed before the imposition of punishment. These procedures were read orally to me and were clearly established during my disciplinary hearing in DHB Case No. DHB2003-08-100. Additionally, My right of appeal was effectuated when I was informed of its existence and of the procedures to be followed if an appeal is sought. I am entitled to the full panoply of due process procedural protections mentioned above and I am not permitted to utilize a different method of proceeding.

3. The published Procedural Due Process Form asserted in the Complaint which is attached to this declaration and marked as Exhibit "A," was known and clearly established to Defendant Frank Ishizaki at the time of conduct at issue, and at all relevant times to this Complaint and when alleged violation occurred.

4. I never received an answer to my DHB Appeal from Defendant Frank Ishizaki which I filed to him on August 11, 2003, concerning DHB Case No. DHB2003-08-100.

5. Defendant Frank Ishizaki never served me with an answer to my DHB Appeal which I filed to him on August 11, 2003, concerning DHB Case No. DHB2003-08-100.

DATED this 6th day of JUNE, 2005.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 6th day of JUNE, 2005.

Respectfully Submitted,

**Michael Jr. G. Laguana,** ***pro se.***
**Of**
**Department of Corrections**
**Dairy Road, Mashburn Lane**
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9
**Adult Correctional Facility**

EXHIBIT "A"

# DISCIPLINARY HEARING BOARD (DHB)
Department of Corrections

## PROCEDURAL DUE PROCESS

INMATE: ______________________________ DHB CASE NO: ______________________________

## RIGHTS OF AN INMATE DURING A DISCIPLINARY HEARING

HEARING BY AN IMPARTIAL BOARD::
You have the right to present your case before an impartial board. Should you have any objections to any board member(s) hearing your case, you may enter your objection for the record. Disqualification(s) of any board member is at the discretion of the Disciplinary Hearing Board (DHB).

NOTIFICATION:
You have the right to written notification of the date, time and alleged charges to be bought against you at the disciplinary hearing. This notice must be provided to you not less than 24 hours in advance.

PRESENCE AT THE HEARING and/or WAIVER OF RIGHT TO BE PRESENT AT THE HEARING:
You have the right to be present at hearings, except during deliberations. Should your presence pose a threat to security, you will be excluded; reasons for the exclusion shall be documented.

Should you desire to waive this right, you must state your decision in writing. If you wish to waive this right, but refuse to document your waiver, two (02) staff members will indicate your refusal in writing and submit such to the Disciplinary Hearing Board (DHB).

ADMINISTRATIVE HEARING:
You understand that this is an administrative hearing and formal rules of evidence do not apply.

COUNSEL SUBSTITUTE:
You may request to have a "counsel substitute" represent you at your hearing. This substitute may be a staff member, as long as he/she is not directly involved in your present case. You are not allowed to have any attorney present at this hearing.

PRESENTATION OF EVIDENCE and/or ORAL STATEMENTS:
You have the right to make a statement and present evidence in your behalf. You also have the right to remain silent, should you so desire. However, your silence may be used to draw an adverse inference against you.

Only that evidence/testimony which is presented at this hearing shall be considered by the Disciplinary Hearing Board(DHB) in rendering their decision(s) in this case.

WITNESSES:
You may request to have witnesses from inside or outside the department when their presence does not pose a serious threat to the security of that witness or the department. Permission to call witnesses may be denied by the Disciplinary Hearing Board (DHB) if their testimony is cumulative or irrelevant. Denials made by the Disciplinary Hearing Board (DHB) shall be documented.

In lieu of personal testimony (should your witness be unable to appear), written statements made under penalty of perjury may be submitted to the Disciplinary Hearing Board (DHB).

Your witnesses will be notified by the DHB to appear before the Disciplinary Hearing Board (DHB).

CROSS-EXAMINATION OF WITNESSES:
You do not have the right to cross-examine any witness appearing before the Disciplinary Hearing Board (DHB) in your case.

NOTICE OF DHB'S DECISION:
Subsequent to deliberations by the Disciplinary Hearing Board (DHB), a copy of their conclusion/order shall be given to you within 24 hours after researching said decision. Should departmental safety be jeopardized, evidence supporting their findings may NOT be given to you.

APPEALS's:
After receiving notice of the DHB's decision, you have fifteen (15) calendar days to file an appeal to the Director of Corrections. Your appeal may be based on:

1. The Disciplinary Hearing Board (DHB) did not comply with rules/regulations;
2. The DHB's decision was not based on a preponderance of evidence presented;
3. The Disciplinary Hearing Board (DHB) imposed inappropriate sanctions.

The Director of Corrections must answer your appeal within fifteen (15) business days (excluding weekends and holidays)of receipt.

ACKNOWLEDGMENT OF ADVISEMENT:
I have read/or was made aware of the above information regarding my procedural rights. I understand what my rights are, and attest to my understanding thereof by affixing my signature below.

Inmate's Signature: ______________________________ Date: __________ Time: __________

WITNESSED:

Print Name/Title: ______________________________ Signature: ______________________________

Print Name/Title: ______________________________ Signature: ______________________________

# PROOF OF SERVICE (CERTIFICATE OF SERVICE)

I, **MICHAEL JR. G. LAGUANA**, Plaintiff appearing Pro Se, hereby certify that I have served a true and correct filed copy of:

## DECLARATION

upon Defendants' Counsel ***James T. Mitchell*** and addressed same to:

**James T. Mitchell, Counsel for the Defendants,**
**Office of the Attorney General**
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 USA
**(671) 475-3324 (671) 472-2493 (Fax)**

by delivering same for the above-named Counsel for the Defendants at the Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam on this 6th day of JUNE, 2005.

I declare under Penalty of Perjury that the foregoing is true and correct.

**DATED** this 6th, day of JUNE 2005.

By: [signature]
**Michael Jr. G. Laguana, *Pro Se*,**
**Of**
**Department of Corrections**
**Dairy Road, Mashburn Lane**
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9
**Adult Correctional Facility**