Michael Jr. G. Laguana, Pro Se,
Department of Corrections
Dairy Road, Mashburn Lane
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9
Adult Correctional Facility

FILED
DISTRICT COURT OF GUAM
JUN 15 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| Michael Jr. G. Laguana,<br>　　　　Plaintiff,<br>　　vs.<br>Frank Ishizaki, Director;<br>Francisco B. Crisostomo, Warden;<br>Alan San Nicolas, Corporal; at the<br>Guam Department of Corrections, in their<br>individual and official capacities,<br>　　　　Defendants. | Civil Case No.: CV-03-00040<br><br>**MOTION FOR APPOINTMENT OF COUNSEL** |

I, **MICHAEL JR. G. LAGUANA**, Pro Se Plaintiff in the above-entitled action, hereby moves this honorable court pursuant to Title 42 U.S.C. Section 1915, to appoint him counsel to represent him in his Section 1983 action filed with this Court. This motion is made on the following reasons:

1. Plaintiff is not able to afford counsel. Please refer to the application in support of motion to proceed In Forma Pauperis and declaration filed with this court.

2. The issues and procedures in this case are complex and requires investigation which the Plaintiff cannot do while confined in the Guam Department of Corrections in Mangilao.

3. Plaintiff has very limited knowledge of the law and does not have the education nor the ability to articulate his claims Pro Se in light of the complexity of the legal issues involved.

Laguana v. Ishizaki, et. al., CV-03-00040,
**MOTION FOR APPOINTMENT OF COUNSEL**
Page 2

4. Plaintiff does not have any adequate, effective, and meaningful access to a law library facility and its law materials such as Encyclopedias, Shepard, Digests, Federal and Local Statutes, Court Rules and Procedures, etc., impairing Plaintiff's Constitutional right and opportunity to prepare, serve, and file pleadings or other documents necessary or appropriate in order to commence or prosecute court proceedings affecting his protected liberty interests, or to assert and sustain a defense therein in this court or in the Court of Appeals if and when and appeal is sought.

5. Plaintiff does not have the access nor the ability to do legal research for the purposes of finding relevant case laws, checking their current validity, and applying them to the facts of the research problem.

6. The likelihood of success on the merits of the Plaintiff's Section 1983 action is firm because the facts and the documentary evidence in support thereof conclude that the Plaintiff has stated a reasonable cause of action, and that he is entitled to judgment as a matter of law.

7. The ends of justice would best be served in this case if an Attorney was appointed to represent the Plaintiff in this court, or in the Court of Appeals if and when and appeal is sought.

DATED this 6th day of JUNE, 2005.

Respectfully Submitted,

Michael Jr. G. Laguana, *pro se.*
Of
**Department of Corrections**
**Dairy Road, Mashburn Lane**
P.O. Box 3236

Page 2 of 3

Laguana v. Ishizaki, et. al., CV-03-00040,
**MOTION FOR APPOINTMENT OF COUNSEL**
Page 3

Hagåtña, Guam 96932<br>
Tel: (671) 734-3981 thru 9<br>
**Adult Correctional Facility**

# **VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct.

DATED this ___6th___ day of ___JUNE___, 2005.

Respectfully Submitted,

_[signature]_

Michael Jr. G. Laguana, *pro se.*<br>
Of<br>
**Department of Corrections**<br>
**Dairy Road, Mashburn Lane**<br>
P.O. Box 3236<br>
Hagåtña, Guam 96932<br>
Tel: (671) 734-3981 thru 9<br>
**Adult Correctional Facility**

# PROOF OF SERVICE (CERTIFICATE OF SERVICE)

I, **MICHAEL JR. G. LAGUANA**, Plaintiff appearing Pro Se, hereby certify that I have served a true and correct filed copy of:

# MOTION FOR APPOINTMENT OF COUNSEL

upon Defendants' Counsel *James T. Mitchell* and addressed same to:

**James T. Mitchell, Counsel for the Defendants,**
**Office of the Attorney General**
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910   USA
**(671) 475-3324        (671) 472-2493 (Fax)**

by delivering same for the above-named Counsel for the Defendants at the Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam on this 6th day of JUNE, 2005.

I declare under Penalty of Perjury that the foregoing is true and correct.

**DATED** this 6th, day of JUNE, 2005.

By: /s/ Michael Jr. G. Laguana, *Pro Se*,
Of
**Department of Corrections**
**Dairy Road, Mashburn Lane**
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9
**Adult Correctional Facility**

*Laguana vs. Ishizaki, CV-03-00040*
**PROOF OF SERVICE**