```
1   Michael Jr. G. Laguana, Pro Se,
    Department of Corrections
2   Dairy Road, Mashburn Lane
    P.O. Box 3236
3   Hagåtña, Guam 96932
    Tel: (671) 734-3981 thru 9
4   Adult Correctional Facility
```

FILED
DISTRICT COURT OF GUAM
JUN 15 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | | |
|---|---|---|
| Michael Jr. G. Laguana, Pro Se,<br>    Plaintiff-Appellant,<br>vs.<br><br>Frank Ishizaki, Director;<br>Francisco B. Crisostomo, Warden;<br>Alan San Nicolas, Corporal;<br>Raymond Quichocho, Correctional Officer;<br>Vincent Bamba, Correctional Officer;<br>Ed Perez, Correctional Officer; at the<br>Guam Department of Corrections, in their<br>individual and official capacities,<br>    Defendants-Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No.: CV-03-00040<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that **MICHAEL JR. G. LAGUANA**, Plaintiff-Appellant in the above-entitled action, hereby appeals to the United States Court of Appeals for the **NINTH CIRCUIT**, from the Final Order of the District Court of Guam in the Civil Case of *Laguana v. Ishizaki, et. al.*, Civil Complaint No. CV-03-00040, Order, Due Process Analysis Claims Against Defendant Ishizaki, Page 9 (Lines 15 thru 22) and Page 10 (Lines 9 thru 20), entered on the docket of the District Court of Guam on the 10th day of May, 2005.

**DATED** this 6th, day of JUNE, 2005.

                                                     Respectfully Submitted,

                                                     Michael Jr. G. Laguana, *pro se.*
                                                     Plaintiff-Appellant
                                                     Of
                                                     **Department of Corrections**
                                                     **Dairy Road, Mashburn Lane**
                                                     P.O. Box 3236
                                                     Hagåtña, Guam 96932
                                                     Tel: (671) 734-3981 thru 9
                                                     **Adult Correctional Facility**

ORIGINAL