1  Michael Jr. G. Laguana, Pro Se,
   Department of Corrections
2  Dairy Road, Mashburn Lane
   P.O. Box 3236
3  Hagåtña, Guam 96932
   Tel: (671) 734-3981 thru 9
4  Adult Correctional Facility

5

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### *TERRITORY OF GUAM*

| | |
|---|---|
| Michael Jr. G. Laguana, Pro Se, ) <br> Plaintiff-Appellant, ) <br> vs. ) <br> ) <br> Frank Ishizaki, Director; ) <br> Francisco B. Crisostomo, Warden; ) <br> Alan San Nicolas, Corporal; ) <br> Raymond Quichocho, Correctional Officer; ) <br> Vincent Bamba, Correctional Officer; ) <br> Ed Perez, Correctional Officer; at the ) <br> Guam Department of Corrections, in their ) <br> individual and official capacities, ) <br> Defendants-Appellees. ) <br> _____ ) | Civil Case No.: CV-03-00040 <br><br><br> **NOTICE OF APPEAL** |

16    Notice is hereby given that **MICHAEL JR. G. LAGUANA**, Plaintiff-Appellant in the above-

17  entitled action, hereby appeals to the United States Court of Appeals for the **NINTH CIRCUIT**,

18  from the Final Order of the District Court of Guam in the Civil Case of *Laguana v. Ishizaki, et. al.*,

19  Complaint No. CV-03-00040 [ORDER at 9, Lines 15 thru 22;  ORDER at 10, Lines 9 thru 20;

20  ORDER at 10, Lines 22 thru 28;  ORDER at 11, Lines 1 and 2/ 7 thru 9] entered on the docket of

21  the District Court of Guam on the 10ᵗʰ day of May, 2005.

22    **DATED** this 23ᴿᴰ day of JUNE , 2005.

23                                                Respectfully Submitted,

24                                                Michael Jr. G. Laguana, *pro se.*
                                                  Plaintiff-Appellant
25                                                      Of
                                                  **Department of Corrections**
26                                                **Dairy Road, Mashburn Lane**
                                                  P.O. Box 3236
27                                                Hagåtña, Guam 96932
                                                  Tel: (671) 734-3981 thru 9
28                                                **Adult Correctional Facility**

**ORIGINAL**