```
1  Michael Jr. G. Laguana, Pro Se,
   Department of Corrections
2  Dairy Road, Mashburn Lane
   P.O. Box 3236
3  Hagåtña, Guam 96932
   Tel: (671) 734-3981 thru 9
4  Adult Correctional Facility
```

**FILED**
DISTRICT COURT OF GUAM
JUN 27 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### *TERRITORY OF GUAM*

(59)

| | |
|---|---|
| Michael Jr. G. Laguana, Pro Se,<br>Plaintiff-Appellant,<br>vs.<br><br>Frank Ishizaki, Director;<br>Francisco B. Crisostomo, Warden;<br>Alan San Nicolas, Corporal;<br>Raymond Quichocho, Correctional Officer;<br>Vincent Bamba, Correctional Officer;<br>Ed Perez, Correctional Officer; at the<br>Guam Department of Corrections, in their<br>individual and official capacities,<br>Defendants-Appellees. | Civil Case No.: CV-03-00040<br><br>**CERTIFICATE OF<br>TRANSCRIPT OF<br>PROCEEDINGS** |

Pursuant to Rule 10(b)(1) of the Federal Rules of Appellate Procedure, **MICHAEL JR. G. LAGUANA**, Pro Se Plaintiff-Appellant in the above-entitled action, will order no Transcript of Proceedings.

**DATED** this **23RD** day of **JUNE**, 2005.

Respectfully Submitted,

Michael Jr. G. Laguana, *pro se.*
Plaintiff-Appellant
Of
Department of Corrections
Dairy Road, Mashburn Lane
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9
Adult Correctional Facility

**ORIGINAL**

# PROOF OF SERVICE
# CERTIFICATE OF SERVICE

I, MICHAEL JR. G. LAGUANA, Pro Se Plaintiff-Appellant, hereby certify that I have served a true and correct filed copy of:

## CERTIFICATE OF TRANSCRIPT OF PROCEEDINGS

upon Defendants'-Appellees' Counsel *James T. Mitchell* and addressed same to:

**James T. Mitchell, Counsel for the Defendants-Appellees,**
**Office of the Attorney General**
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910   USA
**(671) 475-3324     (671) 472-2493 (Fax)**

by delivering same for the above-named Counsel for the Defendants-Appellees at the Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam on this 23RD day of JUNE, 2005.

I declare under Penalty of Perjury that the foregoing is true and correct.

DATED this 23RD, day of JUNE, 2005.

By: /s/ Michael Jr. G. Laguana
Michael Jr. G. Laguana, *Pro Se*,
Plaintiff-Appellant
Of
**Department of Corrections**
**Dairy Road, Mashburn Lane**
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9
**Adult Correctional Facility**

*Laguana vs. Ishizaki, CV-03-00040*
**PROOF OF SERVICE**