1  Michael Jr. G. Laguana, Pro Se,
   Department of Corrections
2  Dairy Road, Mashburn Lane
   P.O. Box 3236
3  Hagåtña, Guam 96932
   Tel: (671) 734-3981 thru 9
4  Adult Correctional Facility



**FILED**
DISTRICT COURT OF GUAM
JUN 27 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### *TERRITORY OF GUAM*

Michael Jr. G. Laguana, Pro Se,
    Plaintiff-Appellant,
vs.

Frank Ishizaki, Director;
Francisco B. Crisostomo, Warden;
Alan San Nicolas, Corporal;
Raymond Quichocho, Correctional Officer;
Vincent Bamba, Correctional Officer;
Ed Perez, Correctional Officer; at the
Guam Department of Corrections, in their
individual and official capacities,
    Defendants-Appellees.

Civil Case No.: CV-03-00040

**TRANSMISSION AND ASSEMBLY OF THE RECORD**

Pursuant to Rule 11(a)(b) of the Federal Rules of Appellate Procedure, **MICHAEL JR. G. LAGUANA**, Pro Se Plaintiff-Appellant in the above-entitled action who was and has been authorized to proceed In Forma Pauperis in his proceedings in the District Court of Guam, hereby requests the Clerk of the District Court of Guam to assemble and transmit to the Clerk of the Court of Appeals for the Ninth Circuit, all original papers and exhibits filed in the District Court of Guam and all certified copies of the docket entries prepared by the Clerk of the District Court of Guam.

**DATED** this 23rd day of JUNE, 2005.

Respectfully Submitted,

Michael Jr. G. Laguana, *pro se.*
Plaintiff/Appellant
Of
**Department of Corrections**
**Dairy Road, Mashburn Lane**
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9
**Adult Correctional Facility**

ORIGINAL

Case 1:03-cv-00040   Document 60   Filed 06/27/2005   Page 1 of 2

# PROOF OF SERVICE
# CERTIFICATE OF SERVICE

I, **MICHAEL JR. G. LAGUANA**, Pro Se Plaintiff-Appellant, hereby certify that I have served a true and correct filed copy of:

# TRANSMISSION AND ASSEMBLY OF THE RECORD

upon Defendants'-Appellees' Counsel *James T. Mitchell* and addressed same to:

**James T. Mitchell, Counsel for the Defendants-Appellees,**
**Office of the Attorney General**
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910  USA
**(671) 475-3324    (671) 472-2493 (Fax)**

by delivering same for the above-named Counsel for the Defendants-Appellees at the Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam on this 23RD day of JUNE, 2005.

I declare under Penalty of Perjury that the foregoing is true and correct.

DATED this 23RD, day of JUNE, 2005.

By: _____
Michael Jr. G. Laguana, *Pro Se*,
Plaintiff-Appellant
**Of**
**Department of Corrections**
**Dairy Road, Mashburn Lane**
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9
**Adult Correctional Facility**

---

*Laguana vs. Ishizaki, CV-03-00040*
**PROOF OF SERVICE**