Michael Jr. G. Laguana, Pro Se,
Department of Corrections
Dairy Road, Mashburn Lane
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9
Adult Correctional Facility



FILED
DISTRICT COURT OF GUAM

JUN 27 2005

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| Michael Jr. G. Laguana, Pro Se, <br> Plaintiff-Appellant, <br> vs. <br> Frank Ishizaki, Director; <br> Francisco B. Crisostomo, Warden; <br> Alan San Nicolas, Corporal; <br> Raymond Quichocho, Correctional Officer; <br> Vincent Bamba, Correctional Officer; <br> Ed Perez, Correctional Officer; at the <br> Guam Department of Corrections, in their <br> individual and official capacities, <br> Defendants-Appellees. | Civil Case No.: CV-03-00040 <br><br> **MOTION – TO HEAR APPEAL ON ORIGINAL RECORD** |

Pursuant to Rule 24(c) of the Federal Rules of Appellate Procedure, **MICHAEL JR. G. LAGUANA**, Pro Se Plaintiff-Appellant in the above-entitled action who was and has been authorized to proceed In Forma Pauperis in his proceedings in the District Court of Guam, hereby moves this honorable Court to permit this appeal to be heard on the original record, papers and exhibits, with such copies of the same or relevant parts thereof, as the Court may require.

DATED this 23RD day of JUNE, 2005.

Respectfully Submitted,

Michael Jr. G. Laguana, *pro se.*
Plaintiff-Appellant
Of
Department of Corrections
Dairy Road, Mashburn Lane
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9
Adult Correctional Facility



# PROOF OF SERVICE
# CERTIFICATE OF SERVICE

I, MICHAEL JR. G. LAGUANA, Pro Se Plaintiff-Appellant, hereby certify that I have served a true and correct filed copy of:

## MOTION TO HEAR APPEAL ON ORIGINAL RECORD

upon Defendants'-Appellees' Counsel *James T. Mitchell* and addressed same to:

**James T. Mitchell, Counsel for the Defendants-Appellees,**
**Office of the Attorney General**
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910   USA
**(671) 475-3324        (671) 472-2493 (Fax)**

by delivering same for the above-named Counsel for the Defendants-Appellees at the Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam on this 23RD day of JUNE, 2005.

I declare under Penalty of Perjury that the foregoing is true and correct.

DATED this 23RD, day of JUNE, 2005.

By: _____
Michael Jr. G. Laguana, *Pro Se*,
Plaintiff-Appellant
Of
**Department of Corrections**
**Dairy Road, Mashburn Lane**
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9
**Adult Correctional Facility**

---
*Laguana vs. Ishizaki, CV-03-00040*
**PROOF OF SERVICE**