

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

**Attorneys for the Government of Guam**



# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| MICHAEL JR. G. LAGUANA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK ISHIZAKI, Director, Francisco B. Crisostomo, Warden, Alan San Nicolas, Corporal, Raymond Quichocho, Correctional Officer, Vincent Bamba, Correction Officer, Ed Perez, Correction Officer, at the Department of Corrections, in their official capacities,<br><br>Defendants. | Civil Action Case No.03-00040<br><br><br><br>**MOTION TO DISMISS AMENDED COMPLAINT** |

Defendants move this Court to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedures 12(b)(6) and 28 USC 1915(e)(2) on the ground that the Complaint

/ / / / /

/ / / / /

/ / / / /

---

Page 1
*Motion to Dismiss Amended Complaint*
District Court of Guam Civil Case No. 03-00040

**ORIGINAL**

fails to state a claim upon which relief can be granted. The grounds for dismissal are more fully stated in the attached Memorandum of points and Authorities.

Dated this 29th day of June, 2005.

OFFICE OF THE ATTORNEY GENERAL
**DOUGLAS B. MOYLAN, Attorney General**

_____
JAMES T. MITCHELL
Assistant Attorney General