| | | | |
|---|---|---|---|
| AO 435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | **FOR COURT USE ONLY** DUE DATE: |

# TRANSCRIPT ORDER

Read Instructions on Back.

| 1. NAME Michael Jr. G. Laguana | 2. PHONE NUMBER | 3. DATE June 21, 2005 | |
|---|---|---|---|
| 4. MAILING ADDRESS Department of Corrections; Dairy Road, Mashburn Lane; P.O. Box 3236 | 5. CITY Hagatna | 6. STATE Guam | 7. ZIP CODE 96932 |
| 8. CASE NUMBER CV-03-00040 | 9. JUDICIAL OFFICIAL Carter | DATES OF PROCEEDINGS | |
| | | 10. FROM | 11. TO |
| 12. CASE NAME LAGUANA VS ISHIZAKI, et al. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Hagatna | 14. STATE Guam |

**15. ORDER FOR**
- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

**NO TRANSCRIPT NEEDED.**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| | | | ESTIMATE TOTAL | | |

**FILED**
DISTRICT COURT OF GUAM
JUL 11 2005
MARY L.M. MORAN
CLERK OF COURT
(65)

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE
19. DATE JULY 7, 2005

PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY
COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used) ORIGINAL - COURT COPY YELLOW - TRANSCRIPTION COPY GREEN - ORDER RECEIPT PINK - ORDER COPY
☆ U.S. GPO: 1994-560-605