Michael Jr. G. Laguana, Pro Se,
Department of Corrections
Dairy Road, Mashburn Lane
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9
Adult Correctional Facility

FILED
DISTRICT COURT OF GUAM
AUG 11 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
### *TERRITORY OF GUAM*

| | |
|---|---|
| Michael Jr. G. Laguana,<br>    Plaintiff,<br>vs.<br><br>Frank Ishizaki, Director;<br>Francisco B. Crisostomo, Warden;<br>Alan San Nicolas, Corporal; at the<br>Guam Department of Corrections, in their<br>individual and official capacities,<br>    Defendants. | Civil Case No.: **CV-03-00040**<br><br>**DECLARATION OF**<br>**MICHAEL JR. G. LAGUANA** |

I, **Michael Jr. G. Laguana**, being first duly sworn, depose and say:

**I.**

I am the Plaintiff in the above-entitled action, and I hereby make this Declaration in support of my Opposition to the Defendants' Motion To Dismiss Amended Complaint.

**II.**

The following facts are relevant to the issue involved in the above-entitled action and are known by me to be true, of my own personal knowledge. I am competent to testify to such facts, and would so testify if I appeared in court as a witness at the trial of the matter.

1.  The envelope attached hereto to my declaration and marked as **Exhibit A** is a true and correct copy of the original. As it can be seen in its front side, this envelope was sent to me by the District Court of Guam by way of U.S. Mail Postal Service (certified mail). This envelope contained this Courts May 10, 2005 Order. In can further be seen that this envelope, which had contained this

Laguana v. Ishizaki, et. al., CV-03-00040,
**DECLARATION OF
MICHAEL JR. G. LAGUANA**
Page 2
___

Court's May 10, 2005 Order, was received by the Guam Department of Corrections in Mangilao ("DOC") on May 17, 2005 and received by me two days later on May 19, 2005.

2.      The Return Receipt Form attached hereto to my declaration and marked as **Exhibit B** is a true and correct copy of the original. This Return Receipt Form is my own personal creation and it was created for the purposes of establishing evidence of service (e.g., date & time) of any and all legal documents to the District Court of Guam and to the Defendants' Counsel of record. As indicated in the Return Receipt Form, I relinquished to DOC and timely effectuated service to the District Court of Guam the original plus 4 copies of my amended complaint, my declaration, a motion for appointment of counsel, and my notice of appeal on June 13, 2005. The Return Receipt Form further shows that DOC employee Marie Roberto relinquished my above said documents to District Court of Guam employee W. Tenorio on the 15th of June 2005 at 3:15pm.

3.      The Return Receipt Form attached hereto to my declaration and marked as **Exhibit C** is a true and correct copy of the original. This Return Receipt Form is my own personal creation and it was created for the purposes of establishing evidence of service (e.g., date & time) of any and all legal documents to the District Court of Guam and to the Defendants' Counsel of record. Upon receipt and as indicated in the Return Receipt Form, I effectuated service of the stamped and filed copies of my amended complaint, my declaration, and a motion for appointment of counsel upon the Defendants' Counsel of record on the 17th of June 2005 at 2:00pm. The Return Receipt Form further shows that my above said documents were received by an employee of the Guam Attorney General's Office named Alicia Yamzon. However, Alicia Yamzon did not indicate a date and time as to when she received my above said documents.

Laguana v. Ishizaki, et. al., CV-03-00040,
**DECLARATION OF
MICHAEL JR. G. LAGUANA**
Page 3

DATED this 8th day of August, 2005.

## **VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED** on this 8th day of August, 2005.

        Respectfully Submitted,

        _/s/ Michael Laguana_
        Michael Jr. G. Laguana, pro se.
        Of
        **Department of Corrections
        Dairy Road, Mashburn Lane**
        P.O. Box 3236
        Hagåtña, Guam 96932
        Tel: (671) 734-3981 thru 9
        **Adult Correctional Facility**

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

OFFICIAL BUSINESS

Rec'd May 19, 2005

7002 1000 0005 1234 0643

CERTIFIED MAIL

MICHAEL G. LAGUANA, JR.,
Department of Corrections
P.O. BOX 3236
Hagåtña, Guam 96932

MAY 31

MAY 16 2005

# EXHIBIT B

Laguana v. Ishizaki, et. al., CV-03-00040
RETURN RECEIPT
ACKNOWLEDGMENT OF RECEIPT OF MAIL
Page 1

# RETURN RECEIPT
# ACKNOWLEDGMENT OF RECEIPT OF MAIL
(To be returned to Sender)

| Date of Service: JUNE 13, 2005 | Time of Service: |
|---|---|

From (Sender):  MICHAEL JR. G. LAGUANA, Plaintiff,
Department of Corrections
Dairy Road, Mashburn Lane
P.O. Box 3236
Hagatna, Guam 96932
Tel: (671) 734-3981 thru 9
Adult Correctional Facility

To:   Clerk of the Court
United States District Court
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatña, Guam 96910

## CONTENTS

| ITEM NO. | QUANTITY | DESCRIPTION OF CONTENTS ENCLOSED |
|---|---|---|
| 1. | 01 | Original **AMENDED COMPLAINT** with proof of service plus 4 copies. |
| 2. | 01 | Original **DECLARATION** with proof of service plus 4 copies. |
| 3. | 01 | Original **MOTION FOR APPOINTMENT OF COUNSEL** with proof of service plus 4 copies. |
| 4. | 01 | ORIGINAL NOTICE OF APPEAL PLUS 4 COPIES |

## CHAIN OF CUSTODY

| DATE AND TIME | RELINQUISHED BY: | RECEIVED BY: |
|---|---|---|
| JUNE 13, 2005 | MICHAEL JR. G. LAGUANA / Name (Print) / Signature | Marie C. Roberto / Name (Print) / Signature |

Page 1 of 2

Laguana v. Ishizaki, et. al., CV-03-00040
**RETURN RECEIPT**
**ACKNOWLEDGMENT OF RECEIPT OF MAIL**
Page 2

| DATE AND TIME | RELINQUISHED BY: | RECEIVED BY: |
|---|---|---|
| 6/15/05 3:15 | Marie C. Roberts *(signature)* Name (Print) / Mar C. Roberts *(signature)* | W. TENORIO 6/15/05 *(signature)* Name (Print) / *(signature)* |

# EXHIBIT C

Laguana v. Ishizaki, et. al., CV-03-00040
**RETURN RECEIPT**
**ACKNOWLEDGMENT OF RECEIPT OF MAIL**
Page 1

# RETURN RECEIPT
# ACKNOWLEDGMENT OF RECEIPT OF MAIL
(To be returned to Sender)

| Date of Service: JUNE 17, 2005 | Time of Service: 1400 hrs. |
|---|---|

From (Sender): MICHAEL JR. G. LAGUANA, Plaintiff,
Department of Corrections
Dairy Road, Mashburn Lane
P.O. Box 3236
Hagatna, Guam 96932
Tel: (671) 734-3981 thru 9
Adult Correctional Facility

To: JAMES T. MITCHELL, Counsel for the Defendants,
Office of the Attorney General
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910    USA

## CONTENTS

| ITEM NO. | QUANTITY | DESCRIPTION OF CONTENTS ENCLOSED |
|---|---|---|
| 1. | 01 | Stamp and filed copy of **AMENDED COMPLAINT** with proof of service. |
| 2. | 01 | Stamp and filed copy of **DECLARATION** with proof of service |
| 3. | 01 | Stamp and filed copy of **MOTION FOR APPOINTMENT OF COUNSEL** with proof of service |

## CHAIN OF CUSTODY

| DATE AND TIME | RELINQUISHED BY: | RECEIVED BY: |
|---|---|---|
| JUNE 17, 2005 1400 hrs. | MICHAEL JR. G. LAGUANA<br>Name (Print)<br>Signature | alica yamson<br>Name (Print)<br>Signature |

Page 1 of 2

Case 1:03-cv-00040   Document 67   Filed 08/11/2005   Page 10 of 12

Laguana v. Ishizaki, et. al., CV-03-00040
**RETURN RECEIPT**
**ACKNOWLEDGMENT OF RECEIPT OF MAIL**
Page 2

| DATE AND TIME | RELINQUISHED BY:<br><br>Name (Print)<br><br>Signature | RECEIVED BY:<br>*Alicia Yamzon*<br>Name (Print)<br>*[signature]*<br>Signature |
|---|---|---|

# PROOF OF SERVICE
## (CERTIFICATE OF SERVICE)

I, **MICHAEL JR. G. LAGUANA**, Plaintiff appearing Pro Se, hereby certify that I have served a true and correct filed copy of:

# DECLARATION OF MICHAEL JR. G. LAGUANA

upon Defendants' Counsel *James T. Mitchell* and addressed same to:

**James T. Mitchell, Counsel for the Defendants,**
**Office of the Attorney General**
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910   USA
(671) 475-3324      (671) 472-2493 (Fax)

by delivering same for the above-named Counsel for the Defendants at the Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam on this 8th day of August, 2005.

I declare under Penalty of Perjury that the foregoing is true and correct.

**DATED** this 8th, day of August, 2005.

By: _____
Michael Jr. G. Laguana, pro se.

**Department of Corrections**
**Dairy Road, Mashburn Lane**
P.O. Box 3236
Hagåtña, Guam 96932
Tel: (671) 734-3981 thru 9
**Adult Correctional Facility**

*Laguana vs. Ishizaki, CV-03-00040*
**PROOF OF SERVICE**