UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| MICHAEL G. LAGUANA, JR., | No. 05-16180 |
| Plaintiff - Appellant, | D.C. No. CV-03-00040-DOC |
| v. | |
| FRANK ISHIZAKI, Director; et al., | **JUDGMENT** |
| Defendants - Appellees. | |

Appeal from the United States District Court for the District Of Guam (Hagatna).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction**.

Filed and entered 08/10/05



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL G. LAGUANA, JR.,<br><br>    Plaintiff - Appellant,<br>v.<br><br>FRANK ISHIZAKI, Director; et al.,<br><br>    Defendants - Appellees. | No. 05-16180<br><br>D.C. No. CV-03-00040-DOC<br>District of Guam,<br>Agana<br><br><br>ORDER |

Before: O'SCANNLAIN, CALLAHAN and BEA, Circuit Judges

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule); *see also WMX Technologies, Inc. v. Miller*, 104 F.3d 1133 (9th Cir. 1997) (dismissal of complaint with leave to amend is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 0 1 2005

by: Deputy Clerk

S:\PROSE\panelords\2005\8.05\August1\05-16180.wpd

INTERNAL USE ONLY: Proceedings include all events.
05-16180 Laguana v. Ishizaki, et al

| | |
|---|---|
| MICHAEL G. LAGUANA, JR.<br>    Plaintiff - Appellant | Michael G. Laguana, Jr.<br>[NTC prs]<br>DEPARTMENT OF CORRECTIONS<br>P.O. Box 3236<br>Hagatna, GU 96932 |
| v. | |
| FRANK ISHIZAKI, Director<br>    Defendant - Appellee | James T. Mitchell, Esq.<br>(671) 475-3324<br>Ste. 2-200E<br>[COR LD NTC dag]<br>OFFICE OF THE ATTORNEY GENERAL<br>Prosecution Division<br>120 West O'Brien Drive<br>Judicial Center Building<br>Hagatna, GU 96910 |
| FRANCISCO B. CRISOSTOMO,<br>Warden; ALAN SAN NICOLAS,<br>Corporal; RAYMOND QUICHOCHO,<br>Correctional Officer; VINCENT<br>BAMBA, Correctional Officer;<br>ED PEREZ, Correctional Officer<br>at the Guam Department of<br>Corrections, in their<br>individual and official<br>capacities<br>    Defendant - Appellee | James T. Mitchell, Esq.<br>(See above)<br>[COR LD NTC dag] |

------------------------------------------------

USDC, Agana
District Of Guam (Hagatna)
U.S. Courthouse
520 West Soledad Avenue
4th Floor
Hagatna, GU 96910

------------------------------------------------

ji
05-16180