# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **Michael G. Laguana Jr.,**<br><br>　　　　Plaintiff - Appellant,<br><br>　　vs.<br><br>**Frank Ishizaki, et al.,**<br><br>　　　　Defendants - Appellees. | **Case No: 1:03-cv-00040** |

The following individual was served by first class mail on September 7, 2005:

　　*Michael Jr. G. Laguana, Pro Se*

I, Shirlene A. Ishizu, declare under penalty of perjury that on the above-listed date I served the:

*USCA Judgment filed September 6, 2005 as to the Notice of Appeal to the United States Court of Appeals for the Ninth Circuit and the Amended Notice of Appeal.*

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 7, 2005　　　　　　　　　　　　　／s／ Shirlene A. Ishizu
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk