# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| Michael G. Laguana Jr., | Case No. 1:03-cv-00040 |
| Plaintiff - Appellant, | |
| vs. | |
| Frank Ishizaki, et al., | **CERTIFICATE OF SERVICE** |
| Defendants - Appellees. | |

The following office(s)/individual(s) acknowledged receipt of the *USCA Judgment filed September 6, 2005* on the dates indicated below:

*Office of the Attorney General*
*9/8/2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*USCA Judgment filed September 6, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 8, 2005         /s/ Shirlene A. Ishizu
                                          Deputy Clerk