# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Michael G. Laguana Jr.<br><br>Plaintiff,<br><br>vs.<br><br>Frank Ishizaki, etc., et al.<br><br>Defendants. | Civil Case No. 1:03-cv-00040<br><br><br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the following documents: Order re Motion to Dismiss Plaintiff's Amended Complaint, filed January 17, 2006, and Order re Defendants' Motion to Dismiss, filed May 10, 2005.

Dated this 18th day of January, 2006, Hagatna, Guam.

                                                                 **/s/ Mary L.M. Moran**
                                                                      Clerk of Court