# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**
**671-473-9100**

Michael G. Laguana, Jr.,

Plaintiff,

vs.

Frank Ishizaki, etc., et al.,

Defendants.

Case No. 1:03-cv-00040

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

Order re Defendants' Motion to Dismiss Plaintiff's Amended Complaint
filed January 17, 2006
Date of Entry: January 18, 2006

Judgment filed January 18, 2006
Date of Entry: January 18, 2006

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** January 18, 2006

Clerk of Court
**/s/ Mary L.M. Moran**