# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Michael G. Laguana, Jr., <br><br> Plaintiff, <br><br> vs. <br><br> Frank Ishizaki, etc., et al., <br><br> Defendants. | Case No. 1:03-cv-00040 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Order filed January 17, 2006; Judgment filed January 18, 2006; and Notice of Entry of Order filed January 18, 2006, on the dates indicated below:

Office of the Attorney General
January 20, 2006

The following individual was served by first class mail on January 20, 2006:

    Michael G. Laguana, Jr.

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order re Defendants' Motion to Dismiss Plaintiff's Amended Complaint filed January 17, 2006; Judgment filed January 18, 2006; and Notice of Entry of Order filed January 18, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

| | |
|---|---|
| Date: January 20, 2006 | /s/ Renee M. Martinez <br> Deputy Clerk |