Michael Jr. G. Laguana, *pro se*,
Department of Corrections
Dairy Road, Mashburn Lane
P.O. Box 3236
Hagåtña, Guam 96932
Tel.: (671) 734-3981 thru 9
Adult Correctional Facility

# FILED
### DISTRICT COURT OF GUAM

### FEB - 8 2006

### MARY L.M. MORAN
### CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

Michael Jr. G. Laguana, pro se,
   Plaintiff-Appellant,

  vs.

Frank Ishizaki, Director;
Francisco B. Crisostomo, Warden;
Alan San Nicolas, Corporal; at the
Guam Department of Corrections,
in their individual and official capacities,
   Defendants-Appellees.

)
)
)
)
)
)
)
)
)
)
)

CIVIL CASE NO.: CV03-00040


**NOTICE OF APPEAL**

  Notice is hereby given that **MICHAEL JR. G. LAGUANA**, Plaintiff-Appellant in the above-entitled action, hereby appeals to the United States Court of Appeals for the **NINTH CIRCUIT** from the final Order of the District Court of Guam in the Civil Case of *Laguana v. Ishizaki, et. al.*, Civil Complaint No. CV03-00040, Order at 2-3 (Materials To Be Considered) and at 6-7 (Due Process Claims against Defendants Frank Ishizaki and Alan San Nicolas), entered on the docket of the District Court of Guam on the _18th_ day of _January_, 2006.

**DATED** this _26th_ day of _JANUARY_, 2006.

     Respectfully Submitted,

     Michael Jr. G. Laguana, *pro se*,
     Plaintiff-Appellant.

# PROOF OF SERVICE
# CERTIFICATE OF SERVICE

I, **MICHAEL JR. G. LAGUANA**, pro se Plaintiff-Appellant, hereby certify that I have served a true and correct filed copy of:

## NOTICE OF APPEAL

upon Defendants'-Appellees' Counsel **JAMES T. MITCHELL** and addressed same to:

**Office of the Attorney General**
**James T. Mitchell, Counsel for the Defendants-Appellees,**
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910   USA
Tel.: (671) 475-3324   Fax.: (671) 472-2493
www.guamattorneygeneral.com   law@mail.justice.gov.gu
**Attorneys for the Government of Guam**

by delivering same for the above-named Counsel for the Defendants-Appellees at the *Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam on this* 26th *day of* (*JANUARY* , 2006.

I, **MICHAEL JR. G. LAGUANA**, pro se Plaintiff-Appellant, declare under penalty of perjury that the foregoing is true and correct.

**DATED** this 26th day of *JANUARY* , 2006.

_____
Michael Jr. G. Laguana, *pro se,*
Plaintiff-Appellant
**Of**
**Department of Corrections**
**Dairy Road, Mashburn Lane**
P.O. Box 3236
Hagåtña, Guam 96932
Tel.: (671) 734-3981 thru 9