

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
The Justice Building
Civil Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)

**Attorneys for Defendants**

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| MICHAEL JR. G. LAGUANA, PRO SE<br><br>Plaintiffs-Appellant,<br><br>vs.<br><br>FRANK ISHIZAKI, Director, FRANCISCO B. CRISOSTOMO, Warden; ALAN SAN NICOLAS, Corporal; RAYMOND QUICHOCHO, Correction Officer, VINCENT BAMBA, Correction Officer, ED PEREZ, Correction Officer at the GUAM DEPARTMENT OF CORRECTIONS, in their individual and official capacities,<br><br>Defendants-Appellees. | CIVIL CASE NO. 03-00040<br><br><br><br><br><br>**APPEARANCE OF COUNSEL** |

Assistant Attorney General Robert M. Weinberg hereby enters his appearance as Counsel of Record, for all defendants in the above caption case. All notices, correspondences and pleadings issued in the above caption case should be

/ / / /

/ / / /

/ / / /

Page 1
*Appearance of Counsel*
District Court of Guam Civil Case No. 03-00040

1  sent to: Robert M. Weinberg, Assistant Attorney General at the above address.

2      Dated this 10th day of February, 2006.

                                          Office of the Attorney General
                                          DOUGLAS B. MOYLAN, ATTORNEY GENERAL

                                          *[signature]*

                                          By:    ROBERT M. WEINBERG
                                                 Assistant Attorney General

Page 2
*Appearance of Counsel*
District Court of Guam Civil Case No. 03-00040

Case 1:03-cv-00040    Document 77    Filed 02/10/2006    Page 2 of 2