Michael Jr. G. Laguana, *pro se*,
**Department of Corrections**
Dairy Road, Mashburn Lane
P.O. Box 3236
Hagåtña, Guam 96932
Tel.: (671) 734-3981 thru 9
**Adult Correctional Facility**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| Michael Jr. G. Laguana, pro se, | ) | CIVIL CASE NO.: <u>CV03-00040</u> |
|     Plaintiff-Appellant, | ) | |
|     vs. | ) | |
| Frank Ishizaki, Director; | ) | **MOTION TO HEAR** |
| Alan San Nicolas, Corporal; at the | ) | **APPEAL ON ORIGINAL** |
| Guam Department of Corrections, | ) | **RECORD** |
| in their individual and official capacities, | ) | |
|     Defendants-Appellees. | ) | |
| _____ | ) | |

Pursuant to Rule 24(c) of the Federal Rules of Appellate Procedure, **MICHAEL JR. G. LAGUANA**, *pro se* Plaintiff-Appellant in the above-entitled action who was and has been authorized to proceed In Forma Pauperis in his proceedings in the District Court of Guam, hereby moves this honorable Court to permit this appeal to be heard on the original record, papers and exhibits, with such copies of the same or relevant parts thereof, as the Court may require.

**DATED** this /4ᵗʰ day of *FEBRUARY*, 2006.

Respectfully Submitted

Michael Jr. G. Laguana, *pro se*,
**Plaintiff-Appellant.**

ORIGINAL

## PROOF OF SERVICE
## CERTIFICATE OF SERVICE

I, **MICHAEL JR. G. LAGUANA**, *pro se* Plaintiff-Appellant, hereby certify that I have served a true and correct filed copy of:

## MOTION TO HEAR APPEAL ON ORIGINAL RECORD

upon Defendants'-Appellees' Counsel **JAMES T. MITCHELL** and addressed same to:

**Office of the Attorney General**
**James T. Mitchell, Counsel for the Defendants-Appellees,**
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910   USA
Tel.: (671) 475-3324   Fax.: (671) 472-2493
www.guamattorneygeneral.com   law@mail.justice.gov.gu
**Attorneys for the Government of Guam**

by delivering same for the above-named Counsel for the Defendants-Appellees at the *Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam* on this _14th_ day of _FEBRUARY_, 2006.

I, **MICHAEL JR. G. LAGUANA**, *pro se* Plaintiff-Appellant, declare under penalty of perjury that the foregoing is true and correct.

**DATED** this _14th_ day of _FEBRUARY_, 2006.

Michael Jr. G. Laguana, *pro se*,
**Plaintiff-Appellant**
**Of**
**Department of Corrections**
**Dairy Road, Mashburn Lane**
P.O. Box 3236
Hagåtña, Guam 96932
Tel.: (671) 734-3981 thru 9