Michael Jr. G. Laguana, *pro se*,
Department of Corrections
Dairy Road, Mashburn Lane
P.O. Box 3236
Hagåtña, Guam 96932
Tel.: (671) 734-3981 thru 9
Adult Correctional Facility

# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Michael Jr. G. Laguana, pro se,<br>　　Plaintiff-Appellant,<br>vs.<br>Frank Ishizaki, Director;<br>Alan San Nicolas, Corporal; at the<br>Guam Department of Corrections,<br>in their individual and official capacities,<br>　　Defendants-Appellees. | CIVIL CASE NO.: CV03-00040<br><br>**TRANSMISSION AND ASSEMBLY OF THE RECORD** |

Pursuant to Rule 11(a)(b) of the Federal Rules of Appellate Procedure, **MICHAEL JR. G. LAGUANA,** *pro se* Plaintiff-Appellant in the above-entitled action who was and has been authorized to proceed In Forma Pauperis in his proceedings in the District Court of Guam, hereby requests the Clerk of the District Court of Guam to assemble and transmit to the Clerk of the Court of Appeals for the Ninth Circuit, all original papers and exhibits filed in the District Court of Guam and all certified copies of the docket entries prepared by the Clerk of the District Court of Guam.

DATED this _14th_ day of _FEBRUARY_, 2006.

Respectfully Submitted,

_____
Michael Jr. G. Laguana, *pro se*,
Plaintiff-Appellant.

ORIGINAL

# PROOF OF SERVICE
# CERTIFICATE OF SERVICE

I, **MICHAEL JR. G. LAGUANA**, *pro se* Plaintiff-Appellant, hereby certify that I have served a true and correct filed copy of:

**TRANSMISSION AND ASSEMBLY OF THE RECORD**

upon Defendants'-Appellees' Counsel **JAMES T. MITCHELL** and addressed same to:

**Office of the Attorney General**
**James T. Mitchell, Counsel for the Defendants-Appellees,**
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910   USA
Tel.: (671) 475-3324   Fax.: (671) 472-2493
www.guamattorneygeneral.com   law@mail.justice.gov.gu
**Attorneys for the Government of Guam**

by delivering same for the above-named Counsel for the Defendants-Appellees at the *Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam* on this 14th day of FEBRUARY, 2006.

I, **MICHAEL JR. G. LAGUANA**, *pro se* Plaintiff-Appellant, declare under penalty of perjury that the foregoing is true and correct.

**DATED** this 14th day of FEBRUARY, 2006.

Michael Jr. G. Laguana, *pro se*,
Plaintiff-Appellant
Of
**Department of Corrections**
**Dairy Road, Mashburn Lane**
P.O. Box 3236
Hagåtña, Guam 96932
Tel.: (671) 734-3981 thru 9