FILED

DISTRICT COURT OF GUAM

FEB 22 2006 *p*

MARY L.M. MORAN
CLERK OF COURT

**Michael Jr. G. Laguana,** *pro se,*
**Department of Corrections**
Dairy Road, Mashburn Lane
P.O. Box 3236
Hagåtña, Guam 96932
Tel.: (671) 734-3981 thru 9
**Adult Correctional Facility**

# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| Michael Jr. G. Laguana, pro se, )<br>    Plaintiff-Appellant, )<br>  vs. )<br>Frank Ishizaki, Director; )<br>Alan San Nicolas, Corporal; at the )<br>Guam Department of Corrections, )<br>in their individual and official capacities, )<br>    Defendants-Appellees. )<br>_____ ) | CIVIL CASE NO.: <u>CV03-00040</u><br><br>**CERTIFICATE OF<br>TRANSCRIPT OF<br>PROCEEDINGS** |

Pursuant to Rule 10 (b)(1) of the Federal Rules of Appellate Procedure,

**MICHAEL JR. G. LAGUANA,** *pro se* Plaintiff-Appellant in the above-entitled action

will order no *Transcript of Proceedings.*

**DATED** this _14th_ day of _FEBRUARY_, 2006.

Respectfully Submitted,

Michael Jr. G. Laguana, *pro se,*
Plaintiff-Appellant.

# PROOF OF SERVICE
# CERTIFICATE OF SERVICE

I, **MICHAEL JR. G. LAGUANA**, *pro se* Plaintiff-Appellant, hereby certify that I have served a true and correct filed copy of:

## CERTIFICATE OF TRANSCRIPT OF PROCEEDINGS

upon Defendants'-Appellees' Counsel **JAMES T. MITCHELL** and addressed same to:

**Office of the Attorney General**
**James T. Mitchell, Counsel for the Defendants-Appellees,**
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910   USA
Tel.: (671) 475-3324   Fax.: (671) 472-2493
www.guamattorneygeneral.com   law@mail.justice.gov.gu
**Attorneys for the Government of Guam**

by delivering same for the above-named Counsel for the Defendants-Appellees at the *Office of the Attorney General, Guam Judicial Center, Suite 2-200E, 120 West O'Brien Drive in Hagåtña, Guam* on this 14th day of FEBRUARY , 2006.

I, **MICHAEL JR. G. LAGUANA**, *pro se* Plaintiff-Appellant, declare under penalty of perjury that the foregoing is true and correct.

**DATED** this 14th day of FEBRUARY , 2006.

Michael Jr. G. Laguana, *pro se,*
Plaintiff-Appellant
**Of**
**Department of Corrections**
**Dairy Road, Mashburn Lane**
P.O. Box 3236
Hagåtña, Guam 96932
Tel.: (671) 734-3981 thru 9