# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Michael Jr. G. Laguana,<br><br>Plaintiff,<br><br>vs.<br><br>Frank Ishizaki, etc., et al.,<br><br>Defendants. | Case No. 1:03-cv-00040<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Motion to Hear Appeal on Original Record, Transmission and Assembly of the Record and Certificate of Transcript of Proceedings filed February 22, 2006, on the dates indicated below:

Office of the Attorney General
February 24, 2006

The following individual was served by first class mail on February 23, 2006:

    Michael Jr. G. Laguana

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Motion to Hear Appeal on Original Record, Transmission and Assembly of the Record and Certificate of Transcript of Proceedings filed February 22, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 24, 2006                    /s/ Virginia T. Kilgore
                                                                                Deputy Clerk