FILED

JUN 07 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| MICHAEL G. LAGUANA, JR., | No. 06-15303 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-03-40-DWM |
| v. | District of Guam, Hagatna |
| FRANK ISHIZAKI, Director; et al., | ORDER |
| Defendants - Appellees. | |

FILED
DISTRICT COURT OF GUAM

JUN 12 2006

MARY L.M. MORAN
CLERK OF COURT

Before: CANBY and T.G. NELSON, Circuit Judges.

The district court has certified that this appeal is not taken in good faith, and so has revoked appellant's in forma pauperis status. Our review of the record confirms that appellant is not entitled to in forma pauperis status for this appeal. See 28 U.S.C. § 1915(a).

Accordingly, within 21 days after the filing date of this order, appellant shall pay $255.00 to the district court as the docketing and filing fees for this appeal and file proof of payment with this court. Failure to pay the fees will result in the automatic dismissal of the appeal by the Clerk for failure to prosecute, regardless of further filings. See 9th Cir. R. 42-1.

No motions for reconsideration, clarification, or modification of the denial of appellant's in forma pauperis status shall be filed or entertained.

06-15303

If appellant pays the fees as required and files proof of such payment in this court, appellant shall simultaneously show cause why the judgment challenged in this appeal should not be summarily affirmed. *See* 9th Cir. R. 3-6. If appellant elects to show cause, a response may be filed within 8 days after service of appellant's filing. If appellant pays the fees but fails to file a response to this order, the Clerk shall dismiss this appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

Briefing is suspended pending further order of this court.



RECEIVED
JUN 1 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM