# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Michael G. Laguana, Jr.,<br><br>    Plaintiff-Appellant,<br><br>vs.<br><br>Frank Ishizaki, etc., et al.,<br><br>    Defendants-Appellees. | Case No. 1:03-cv-00040<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the U.S. Court of Appeals Order filed June 12, 2006, on the dates indicated below:

Office of the Attorney General
June 15, 2006

The following individual was served by first class mail on June 12, 2006:

    Michael G. Laguana
    Department of Corrections
    P.O. Box 3236
    Hagatna, Guam 96910

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

U.S. Court of Appeals Order filed June 12, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: June 15, 2006                                        /s/ Renee M. Martinez
                                                                                   Deputy Clerk