UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUL 10 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL G. LAGUANA, JR., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> FRANK ISHIZAKI, Director; et al., <br><br> Defendants - Appellees. | No. 06-15303 <br><br> D.C. No. CV-03-40-DWM <br> District of Guam, <br> Hagatna <br><br> ORDER |

**FILED**
DISTRICT COURT OF GUAM
JUL 17 2006
MARY L.M. MORAN
CLERK OF COURT

On June 7, 2006, this court ordered appellant to pay the filing fees within 21 days, and warned appellant that failure to pay the fees would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not paid the fees. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The certified copy of this order sent to the district court shall constitute the mandate.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 10 2006

by: Ruben Talavera
Deputy Clerk

For the Court

Curt Pham
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\07.06\cp\06-15303.wpd