# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Michael Jr. G. Laguana, | Case No. 1:03-cv-00040 |
| Plaintiff-Appellant, | |
| vs. | **CERTIFICATE OF SERVICE** |
| Frank Ishizaki, etc., et al., | |
| Defendants-Appellees. | |

The following office(s)/individual(s) acknowledged receipt of the Mandate filed July 17, 2006, on the date indicated below:

Office of the Attorney General
July 18, 2006

The following individual was served by first class mail on July 18, 2006:

Michael Jr. G. Laguana
Department of Corrections
P.O. Box 3236
Hagatna, Guam 96932

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Mandate filed July 17, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 18, 2006                            /s/ Virginia T. Kilgore
                                               Deputy Clerk