July 18, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
## (415) 355-7820

**District Court/Agency:** USDC Guam
**Lower Court Number:** CV-03-00040-DWM
**Appeal Number:** 06-15303
**Short Title:** Laguana v Ishizaki

### Volumes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 0 | | | 0 | Certified Copy(ies) | | |
| Reporters Transcripts in: | 0 | | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 1 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |

Other:


RECEIVED
JUL 26 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.